**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

DANIEL RAEDE GUERIN,

Plaintiff,

v.

RURAL TELECOM EXPERTS, INC.; DIGITAL SOLUTIONS INC. d/b/a GDS TELECOM; 46 LABS, LLC d/b/a HYPERCUBE NETWORKS; LINGO TELECOM, LLC d/b/a EXCEL TELECOMMUNICATIONS; JOHN DOE CORPORATION d/b/a "EXECUTIVE LENDING UNIT"; and DOES 2–20,

Defendants.

No. 2:26-cv-04078-SKV

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF (47 U.S.C. § 227; RCW 80.36.390; RCW 80.36.400; RCW 19.86)

JURY TRIAL DEMANDED

Plaintiff Daniel Raede Guerin ("Plaintiff") alleges as follows. Allegations about Plaintiff and his own acts are made on personal knowledge. All other allegations are made on information and belief, formed after a reasonable inquiry that included the public records of the Federal Communications Commission, federal court dockets, state business registries and the national toll-free number registry.


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

## I. NATURE OF THE ACTION

1. Between 16 February 2026 and 21 October 2026, Plaintiff's personal cellular telephone, (360) 674-0698, received at least 196 prerecorded or artificial-voice telephone calls, each of which left a voicemail message offering him a personal loan he had never asked for. The calls are still arriving.

2. Every one of the 196 calls displayed a different caller identification number. The callers used invented names, such as “Marissa Morgan”, “Daniel Reeves” and “Michelle Wilson”, and recited the same scripts word for word, changing only the name, the dollar amount and the callback number. Every message directed Plaintiff to call back on a toll-free number, and 169 of them instructed him to press a key, either “1” or “2” to be connected or “9” to stop further calls, which only a recorded message can do.

3. Victims who returned these calls were told they had reached a company calling itself “Executive Lending”, “Executive Lending Unit”, “Lending Resource Center” or “Monarch Lending Union”. None of those names belongs to any registered lender that Plaintiff has been able to find. Plaintiff names the company that commissioned the calls as Defendant John Doe Corporation d/b/a “Executive Lending Unit” until its true name is learned in discovery.

4. The calls did not reach Plaintiff by themselves. They were originated, carried and given their callback numbers by telecommunications companies that knew, or deliberately avoided knowing, what the traffic was. The Federal Communications Commission identified Defendant Digital Solutions Inc. in April 2026 as the originating provider of prerecorded “loan approval” robocalls of the same kind and, on 5 October 2026, removed it from the Robocall Mitigation Database, which bars every intermediate and voice service provider in the United States from accepting calls directly from it. Defendant Rural Telecom Experts, Inc., a Washington corporation based in Bellingham, and Defendant 46 Labs, LLC are identified in the records of two other federal actions as



Daniel Raede Guerin, pro se

500 Westover Dr #36486, Sanford, NC 27330

(360) 674-0698

the carriers that leased and routed the campaign's callback numbers. Defendant Lingo Telecom, LLC, which does business as Excel Telecommunications and is registered to do business in Washington, is the Responsible Organization of record for at least 123 of those callback numbers, every one of which was transferred into its account on a single day. In August 2024 Lingo had paid a $1,000,000 civil penalty to the Commission and agreed to a compliance plan to resolve an investigation into its transmission of spoofed prerecorded calls.

5. Plaintiff brings this action under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), and under the Washington statutes that prohibit commercial solicitation by automatic dialing and announcing device, RCW 80.36.400, and telephone solicitation of numbers on the National Do Not Call Registry, RCW 80.36.390. Since 2023, RCW 80.36.400(3) has also made it unlawful to "assist in the transmission" of such calls, so that the companies that carry them are liable alongside the company that pays for them.

## II. PARTIES

6. Plaintiff Daniel Raede Guerin is a natural person and a citizen of the United States. He is, and at all relevant times was, the subscriber and sole user of cellular telephone number (360) 674-0698.

7. Defendant Rural Telecom Experts, Inc. ("RTE"), which also trades as "RTE Edge", is a Washington corporation with its principal place of business at 1329 N. State Street, Suite 308, Bellingham, Washington 98225. RTE is a competitive local exchange carrier registered with the Federal Communications Commission as Form 499 filer 833318. Its chief executive officer has declared under penalty of perjury that RTE is a Washington corporation with that address, and that its registered agent of record with the Washington Secretary of State is Nikoo Products Inc, at the same address.

8. Defendant Digital Solutions Inc. ("Digital Solutions"), which also does business as "GDS Telecom", "GDS Solutions" and "Global Digital Solutions", is a


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

Colorado corporation, Colorado Secretary of State entity number 20251190566, with a stated address of 1050 Curtis Street, Denver, Colorado 80202. Its registered agent of record is First Tele Communications, Inc., 1401 17th Street, Denver, Colorado 80202.

9. Defendant 46 Labs, LLC (“46 Labs”) is an Oklahoma limited liability company. Its headquarters address on file with the Federal Communications Commission is 1503 E. 19th Street, Edmond, Oklahoma 73013, and it maintains offices at 603 Munger Avenue, Dallas, Texas. 46 Labs provides wholesale voice origination, termination, toll-free and inbound calling services. In 2024 it acquired HyperCube Networks, and on 1 August 2024 it completed the purchase of Impact Telecom from Lingo Management, LLC, which is not a party to this action and which shares the Southfield, Michigan headquarters address of Defendant Lingo Telecom, LLC. 46 Labs is not a parent, subsidiary or affiliate of Lingo Telecom, LLC. Plaintiff alleges on information and belief that 46 Labs hosted and routed toll-free numbers administered by Lingo under the Excel Telecommunications name, including callback numbers given in the messages to Plaintiff, and that it holds the contracts, invoices and know-your-customer records for the customers to which those numbers were assigned.

10. Defendant Lingo Telecom, LLC (“Lingo”) is a limited liability company organized under the laws of Texas. Its principal office, as recorded both on its Washington registration and on its registration with the Federal Communications Commission, is 25925 Telegraph Road, Suite 210, Southfield, Michigan 48033. Lingo is registered to do business in the State of Washington under Unified Business Identifier 601553002, its Washington registration is active, and its registered agent in Washington is Corporation Service Company, 300 Deschutes Way SW, Suite 208, Tumwater, Washington 98501. Lingo does business as Excel Telecommunications: its registration in the Commission’s Form 499 filer database, filer identification number 802572 and current as of 1 April 2026, lists “Excel Telecommunications” among its trade names, and its state tariffs are filed in the name “Lingo Telecom, LLC d/b/a Trinsic


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

Communications d/b/a Excel Telecommunications d/b/a VarTec Telecom d/b/a Clear Choice Communications d/b/a Lingo”. Lingo is a registered telecommunications company in Washington and describes itself as providing voice and data services to businesses and consumers in all fifty states. Under the Excel Telecommunications name, Lingo is the Responsible Organization of record for at least 123 of the toll-free callback numbers given in the messages to Plaintiff.

11. Defendant John Doe Corporation d/b/a “Executive Lending Unit” (“Executive Lending Unit”) is the person or entity, whose true name is presently unknown to Plaintiff, that initiated the calls described in this Complaint, caused them to be initiated, or on whose behalf they were made.

12. Defendants Does 2 through 20 are the persons and entities, whose true names are presently unknown to Plaintiff, that participated in initiating, originating, transmitting or routing the calls, that supplied the callback numbers, dialing platforms, recorded messages or lead lists used to make them, or that controlled any other Defendant. They include the entity that administers Responsible Organization codes TUI02 and TUI05 if that entity is not Lingo Telecom, LLC. Plaintiff will amend this pleading to state their true names when they are learned.

13. At all relevant times each Defendant acted as the agent, co-venturer or co-conspirator of each other Defendant, within the scope of that relationship, and each Defendant approved, ratified or accepted the benefits of the acts of the others.

## III. JURISDICTION AND VENUE

14. This Court has subject-matter jurisdiction over Plaintiff’s TCPA claims under 28 U.S.C. § 1331, because they arise under a law of the United States. *Mims v. Arrow Financial Services, LLC*, 565 U.S. 368 (2012). The Court has supplemental jurisdiction over Plaintiff’s claims under Washington law under 28 U.S.C. § 1367(a), because they arise from the same calls and form part of the same case or controversy.

15. This Court has general personal jurisdiction over RTE, which is


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

incorporated in Washington and has its principal place of business in this District.

16. This Court has specific personal jurisdiction over the remaining Defendants. Each of them purposefully directed the calls at Washington: the calls were made to a telephone number in Washington's 360 area code, billed to a Washington address, and each Defendant originated, routed or supplied numbers for that traffic through RTE, a Washington carrier, from whose Bellingham operation the campaign's callback numbers were contracted. Lingo has in addition purposefully availed itself of this forum. It is registered to do business in Washington, it maintains a registered agent in Tumwater, Washington for service of process, it is a registered telecommunications company in this State, it provides voice services to customers here, and it administered the toll-free numbers advertised in 196 prerecorded solicitations delivered to a Washington telephone customer. Plaintiff's claims arise out of those contacts.

17. Venue is proper in this District under 28 U.S.C. § 1391(b)(2), because a substantial part of the events giving rise to the claims occurred here. The calls were directed to a Washington telephone number held by a Washington telephone customer, and RTE, from Bellingham, contracted for and administered telephone numbers used in the campaign. Venue is also proper under 28 U.S.C. § 1391(b)(1) as to RTE, which resides in this District.

## IV. FACTUAL ALLEGATIONS

### A. Plaintiff's telephone number

18. Telephone number (360) 674-0698 is a cellular telephone number assigned to Plaintiff by T-Mobile USA, Inc. on a consumer plan held in Plaintiff's own name. Plaintiff is the only person who uses it.

19. The T-Mobile account for that number is billed to 11548 Arnold Road SW, Rochester, Washington 98579, the address at which Plaintiff resided when he opened the account. The account is paid from Plaintiff's personal payment card.

20. Plaintiff registered (360) 674-0698 on the National Do Not Call Registry on


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

7 February 2018, and it has remained registered continuously since then. The Federal Trade Commission has confirmed the registration to Plaintiff in writing.

21. The number is a personal line on a consumer plan, and Plaintiff uses it primarily for personal purposes. Although he has at times used it to place calls in the course of his work, to the best of his knowledge and recollection he has never listed it on any business website, invoice, business card, advertisement or directory, and he has never held it out to the public as a business line. It is a residential telephone line within the meaning of 47 C.F.R. § 64.1200(c)(2) and (e).

22. Plaintiff has never applied for a loan from, requested information from, or done business of any kind with any Defendant, or with any entity calling itself “Executive Lending”, “Executive Lending Unit”, “Lending Resource Center”, “Monarch Lending Union” or any similar name. He has never given any Defendant his telephone number, and has never given any Defendant consent, written or otherwise, to call him with a prerecorded or artificial voice.

23. Plaintiff has never pressed a key in response to any of the calls and has never spoken to anyone associated with them.

**B. The 196 calls**

24. Between 16 February 2026 and 21 October 2026, Plaintiff’s number received at least 196 telephone calls that each left a recorded voicemail message offering a personal loan. Each call, with its date and time, the caller identification number displayed, the callback number given and the opening words of the message, is listed in Exhibit A. T-Mobile delivered each voicemail to Plaintiff’s handset with a written transcript, and Plaintiff has preserved every one.

25. Each message was delivered by a prerecorded or artificial voice. That is shown by, among other things, the following facts:

(a) Plaintiff did not answer any of the calls, and every message was left on his voicemail without any person speaking to him;


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

(b) the messages repeat identical scripts across many calls, word for word, with only the persona name, loan amount and callback number changed. For example, at least 11 messages from 11 different caller identification numbers, received between 15 and 20 October 2026, recite that Plaintiff qualifies "for a personal loan up to $52,000" at rates "starting around 5.9%" with a payment of about "$858 a month";

(c) 155 of the messages instruct Plaintiff to press or dial "1" or "2" to be connected, and 14 more instruct him to press "9" to stop further calls, instructions that are only meaningful to an automated system;

(d) the same persona names recur across many calls, each from a different caller identification number, including "Marissa Morgan" (24 messages from 24 numbers), "Michelle Wilson" (12 from 12) and "Daniel Reeves" (9 from 9); and

(e) two "Daniel Reeves" messages reciting the same script arrived in the same minute from two different caller identification numbers, and another message arrived at 2:47 a.m. Pacific Time, when no lender's staff would be making live calls.

26. Each call was made for the purpose of encouraging Plaintiff to purchase, or to obtain, a loan or related financial services, or to wrongfully obtain something of value from him. Each was a "telephone solicitation" within the meaning of 47 U.S.C. § 227(a)(4) and RCW 80.36.390, and a "commercial solicitation" within the meaning of RCW 80.36.400(1).

27. Each message falsely represented that Plaintiff had applied for, requested or been pre-approved for a loan, and several stated that a pre-approval had been "mailed" to him. Plaintiff never applied for any loan, and no pre-approval was ever mailed to him.

28. All 196 calls displayed a different caller identification number. Nineteen displayed Canadian numbers. Plaintiff alleges on information and belief that the displayed numbers were not the numbers from which the calls were placed, and that the callers falsified them to defeat call blocking and to conceal their identity.


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

29. The callback numbers, unlike the caller identification numbers, could not be falsified, because a caller must actually control a toll-free number for a returned call to reach it. The 196 messages gave 133 distinct toll-free callback numbers. According to the national toll-free number registry, at least 123 of those numbers are administered by Lingo under the trade name Excel Telecommunications, under its RespOrg codes TUI02 and TUI05, and the registry records 4 March 2026 as the date on which every one of those 123 numbers was transferred into that account, most of them from Intrado. Seven more are administered by ATL Communications under RespOrg code PJP03, and were moved there together on 19 August 2026. One script used a number from each of those two accounts, showing that both serve the same campaign.

30. A bulk transfer of over one hundred toll-free numbers into a single account on a single day is the act of a single customer. Plaintiff alleges on information and belief that one customer, acting for Executive Lending Unit, controlled the campaign's callback numbers.

**C. The callers identify themselves to other victims**

31. Members of the public who called back the numbers given in Plaintiff's messages have reported, in public consumer complaints, including reports to the Better Business Bureau, that the persons answering identified their company as "Executive Lending" (on 888-269-4978 and 855-357-2024, both callback numbers given to Plaintiff), as "Lending Resource Center" (on 855-909-0815, 866-959-1526 and 855-994-2142, all given to Plaintiff), and as "Monarch Lending Union" of Miami, Florida (on 877-961-0390, given to Plaintiff). Those victims reported that the callers refused to give an address, gave different company names on different calls, and kept calling after being asked to stop.

32. Executive Lending Unit is the same operation that is the Doe defendant in *Svoboda v. John Doe Corporation dba Executive Lending Unit*, No. 1:26-cv-03559 (N.D. Ill., filed 31 March 2026), in which the plaintiff received prerecorded calls from

the persona “Marissa Morgan”, the same persona that left 24 of the messages on Plaintiff’s telephone. When the plaintiff in that case returned the call, the person who answered stated, as that plaintiff alleges, that he had called the Executive Lending Unit in Tampa, Florida.

**D. The carriers**

33. In Svoboda, the court authorized expedited discovery. In response to a subpoena, Hypercube Networks, the business that 46 Labs acquired in 2024, stated that it had a contractual relationship with RTE concerning the callback number given by “Marissa Morgan”, 866-398-3898, and concerning 844-515-1201, and that Digital Solutions was associated with callback number 877-578-3476. Hypercube stated that it held master service agreements, invoices and know-your-customer records for both RTE and Digital Solutions. The plaintiff in *Svoboda* then named RTE and Digital Solutions as defendants in his First Amended Complaint, filed 10 August 2026.

34. Number 866-398-3898 is held under the same RespOrg code, TUI02, and falls in the same 866-398 block as six of the callback numbers given to Plaintiff: 866-398-2420, 866-398-3150, 866-398-3312, 866-398-3350, 866-398-3545 and 866-398-3636. Number 877-578-3476 falls in the same 877-578 block as 21 of the callback numbers given to Plaintiff, all of them held under RespOrg code TUI05. Plaintiff alleges on information and belief that the callback numbers given to him were provided, hosted and routed by 46 Labs to and for RTE and Digital Solutions, for the use of Executive Lending Unit.

35. In *Marchetti v. 46 Labs, LLC*, No. 2:26-cv-05805 (E.D. Pa., filed 13 August 2026), a recipient of the same campaign sued 46 Labs, RTE, Digital Solutions and others. A representative of 46 Labs told that plaintiff that “two entities”, which the representative identified as Global Digital Solutions/GDS and RTE, “sent you these calls”. On 20 October 2026 the court denied 46 Labs’ motion to dismiss the plaintiff’s claims under 47 U.S.C. § 227(b) and (c).


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

36. In Marchetti, RTE's chief executive officer declared under penalty of perjury that RTE has customers who place calls over its network, and that those customers in turn have customers of their own. He declared that RTE maintains business records including its "corporate, customer, e-mail, compliance and call detail records".

37. A Responsible Organization, or RespOrg, is the company that reserves a toll-free number in the national registry, records the customer to which the number is assigned, and controls where calls to that number are delivered. A number cannot be moved into a RespOrg's account unless that RespOrg accepts it, and the registry records the date of each transfer and the RespOrg from which the number came. A RespOrg therefore knows, for every number in its account, which customer holds it, who pays for it, and where returned calls are routed.

38. Each of the 123 callback numbers described above was transferred into Lingo's Excel Telecommunications account, under RespOrg codes TUI02 and TUI05, on 4 March 2026, sixteen days after the campaign began calling Plaintiff. Lingo accepted all 123 numbers on that one day. Plaintiff alleges on information and belief that Lingo assigned those numbers to a single customer, and that Lingo's records identify that customer, the person who paid for the service, and the provider to which returned calls were routed.

39. On 21 August 2024 the Enforcement Bureau of the Commission adopted a Consent Decree with Lingo, File No. EB-TCD-24-00036425, terminating its investigation into whether Lingo had violated 47 C.F.R. 64.6301(a) by giving incorrect STIR/SHAKEN attestations to traffic it transmitted. The traffic concerned was a campaign of spoofed prerecorded telephone calls made with an artificial voice. Lingo paid a $1,000,000 civil penalty; admitted, for Commission civil enforcement purposes, that the Consent Decree's own description of the facts underlying the investigation was true and accurate; designated a compliance officer; and agreed to develop and



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

implement a compliance plan designed to ensure future compliance with the communications laws, comprising written operating procedures, a compliance manual, an annual compliance training program, the reporting of any noncompliance to the Bureau within fifteen days, and annual compliance reports to the Commission certified by its compliance officer. Those obligations run for 36 months from the Consent Decree, until August 2027.

40. Lingo knew, or consciously avoided knowing, that the toll-free numbers it administered were being used to make unlawful prerecorded commercial solicitations. It accepted 123 of the campaign's callback numbers into one account on a single day. As the Responsible Organization for those numbers it controlled and recorded where the returned calls went, and so knew the volume and the destination of the callbacks they generated. Eighteen months earlier it had been investigated and penalized by the Commission for transmitting a campaign of spoofed prerecorded calls, and had undertaken the compliance obligations described above. On 5 October 2026 the Commission removed Digital Solutions, the originating provider of the Loan-Approval-P5 calls, from the Robocall Mitigation Database and ordered the providers immediately downstream of it to block its traffic, and Lingo continued to administer the campaign's callback numbers after that date.

41. On 2 April 2026 the FCC's Enforcement Bureau sent Digital Solutions a Notification of Suspected Illegal Traffic identifying it as the originating provider of calls in the Industry Traceback Group campaign "Loan-Approval-P5", prerecorded calls placed in 2025 that claimed the recipient had been "preapproved" for a loan. The notice directed Digital Solutions to investigate and stop the traffic. The FCC issued an Initial Determination Order on 29 June 2026, DA 26-643. On 5 October 2026 it issued a Final Determination Order, DA 26-1073, ordering every voice service provider immediately downstream of Digital Solutions to block all of its traffic beginning 30 days after the order, and removing Digital Solutions from the Robocall Mitigation Database. The FCC


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

recorded that its mail to Digital Solutions' address of record was returned as undeliverable.

42. The calls to Plaintiff follow the pattern the FCC described in the Loan-Approval-P5 campaign: prerecorded messages telling the recipient that a loan has been pre-approved or is with underwriting, and inviting the recipient to "press 2" to be connected. Of the 196 messages to Plaintiff, 72 refer to a pre-approval, 59 refer to underwriting and 45 invite him to press 2. The calls continued after each of the FCC's actions.

43. By 2 April 2026 at the latest, Digital Solutions knew that it was originating unlawful prerecorded loan solicitations. By 10 August 2026 at the latest, when it was named as a defendant in *Svoboda*, RTE knew that the numbers it contracted for and the traffic it carried were being used for those solicitations. By that date at the latest, 46 Labs knew the same, because it had itself produced the records identifying RTE and Digital Solutions. Lingo, which had entered into its Consent Decree with the Commission on 21 August 2024, accepted and administered the campaign's callback numbers from 4 March 2026 onward. Plaintiff alleges on information and belief that each of them knew much earlier, or deliberately avoided knowing, from the volume, pattern and content of the traffic and from the complaints it generated. Each nevertheless continued to originate, carry, route, administer or supply numbers for that traffic. At least 148 of the calls to Plaintiff were made on or after 2 April 2026, at least 58 after 10 August 2026, and at least 27 after the FCC's Final Determination Order of 5 October 2026.

44. Defendants' conduct was knowing and willful. They knew the calls were made with a prerecorded or artificial voice, knew that they were made to people who had not consented, and continued after regulators and other plaintiffs had told them so.

**E. Harm to Plaintiff**

45. The calls invaded Plaintiff's privacy and intruded upon his seclusion, which



Daniel Raede Guerin, pro se

500 Westover Dr #36486, Sanford, NC 27330

(360) 674-0698

is the harm Congress and the Washington Legislature enacted these statutes to prevent. They occupied his telephone line and voicemail storage, interrupted him, including in the middle of the night, and required him to spend time reviewing, recording and preserving 196 messages. Plaintiff registered his number on the National Do Not Call Registry precisely so that he would not receive such calls.

## V. CLAIMS FOR RELIEF

**COUNT I — Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(A)(iii) (prerecorded or artificial-voice calls to a cellular telephone) — against all Defendants**

46. Plaintiff incorporates the preceding paragraphs.

47. Defendants made, initiated, or caused to be made, 196 calls to Plaintiff's cellular telephone number using an artificial or prerecorded voice, without his prior express consent and not for emergency purposes, in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

48. Executive Lending Unit is directly liable as the person on whose behalf the calls were made. Digital Solutions, RTE, 46 Labs and Lingo are directly liable because they were so involved in placing the calls, by originating them, supplying, administering and routing the numbers on which the campaign depended, and continuing to do so after notice, as to be deemed to have initiated them. Each Defendant is also vicariously liable for the calls made by the others as its agents.

49. Plaintiff is entitled under 47 U.S.C. § 227(b)(3) to $500 in statutory damages for each call, and to up to $1,500 for each call because the violations were willful or knowing, together with an injunction.

**COUNT II — Telephone Consumer Protection Act, 47 U.S.C. § 227(c)(5) and 47 C.F.R. § 64.1200(c)(2) (telephone solicitations to a number on the National Do Not Call Registry) — against all Defendants**

50. Plaintiff incorporates the preceding paragraphs.


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

51. Plaintiff's number was registered on the National Do Not Call Registry for more than 31 days before each call. Defendants initiated, or caused to be initiated, more than one telephone solicitation to that number within a twelve-month period, in violation of 47 C.F.R. § 64.1200(c)(2).

52. Plaintiff is entitled under 47 U.S.C. § 227(c)(5) to up to $500 in statutory damages for each violation, and to up to $1,500 for each violation because the violations were willful or knowing, together with an injunction.

**COUNT III — RCW 80.36.400(2) (use of an automatic dialing and announcing device for commercial solicitation) — against Executive Lending Unit and Does 2 through 20**

53. Plaintiff incorporates the preceding paragraphs.

54. Each call was made using an "automatic dialing and announcing device", a system which automatically dials telephone numbers and transmits a recorded or artificial voice message once a connection is made. Under RCW 80.36.400(1)(b), such a message is transmitted "even if the recorded or artificial message goes directly to a recipient's voicemail."

55. Each call was a commercial solicitation intended to be received by a telephone customer within the State of Washington: it was directed to a Washington telephone number, in Washington's 360 area code, held on an account billed to a Washington address.

56. Under RCW 80.36.400(4), Plaintiff is entitled to recover actual damages or $1,000 for each violation, whichever is greater, and to an injunction against further violations.

**COUNT IV — RCW 80.36.400(3) (assisting in the transmission of commercial solicitations by automatic dialing and announcing device) — against Digital Solutions, RTE, 46 Labs, Lingo and Does 2 through 20**

57. Plaintiff incorporates the preceding paragraphs.



Daniel Raede Guerin, pro se

500 Westover Dr #36486, Sanford, NC 27330

(360) 674-0698

58. Digital Solutions, RTE, 46 Labs and Lingo each provided substantial assistance or support that enabled Executive Lending Unit to formulate, originate, initiate or transmit the commercial solicitations described in Count III, by originating the calls, by supplying, administering and routing the toll-free callback numbers on which every message depended, and by carrying the traffic.

59. Each did so knowing, or consciously avoiding knowing, that the initiator of the solicitations was engaged in practices that violate the Washington Consumer Protection Act, chapter 19.86 RCW, including unsolicited prerecorded solicitations and the false representation that Plaintiff had applied for or been pre-approved for a loan.

60. None of them acted in compliance with 47 U.S.C. 227 and 16 C.F.R. Part 310, or implemented a reasonably effective plan to mitigate the origination, initiation or transmission of such solicitations. Digital Solutions was removed from the Robocall Mitigation Database by the FCC. Lingo’s compliance plan under its 2024 Consent Decree was not a reasonably effective plan to mitigate such solicitations, as its acceptance of 123 of the campaign’s callback numbers into a single account on a single day, and its continued administration of them after the FCC’s Final Determination Order, show. None of these Defendants was acting as a terminating provider in relation to the calls to Plaintiff: those calls were delivered to Plaintiff by T-Mobile USA, Inc., and RCW 80.36.400(1)(a)(ii)(C) excludes only the activities of a terminating provider, defined by RCW 80.36.400(1) as a telecommunications provider that provides voice services to an end user customer, relating to the transmission of a telephone communication.

61. Each violated RCW 80.36.400(3) for each of the 196 calls. Under RCW 80.36.400(4), Plaintiff is entitled to recover actual damages or $1,000 for each violation, whichever is greater, and to an injunction against further violations.


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

**COUNT V — RCW 80.36.390(9) and (13) (telephone solicitations to a Washington number on the National Do Not Call Registry) — against Executive Lending Unit, Digital Solutions and Does 2 through 20**

62. Plaintiff incorporates the preceding paragraphs.

63. Executive Lending Unit and Digital Solutions initiated, or caused to be initiated, telephone solicitations to a telephone number registered on the National Do Not Call Registry, intended to be received by a telephone customer within the State of Washington, in violation of RCW 80.36.390(9). Executive Lending Unit is the person on whose behalf the solicitations were initiated, and Digital Solutions, which the Commission identified as the originating provider of the campaign, placed them into the telephone network. RCW 80.36.390 contains no provision extending liability to a person who assists in the transmission of a solicitation, and Plaintiff therefore brings this Count only against the Defendants who initiated the calls or caused them to be initiated.

64. The violations were repeated. Under RCW 80.36.390(13), the Court “shall award damages of at least $1,000 for each individual violation” and “shall award the aggrieved person reasonable attorneys’ fees and cost of the suit.”

**COUNT VI — Washington Consumer Protection Act, RCW 19.86.020 and 19.86.090 — against all Defendants**

65. Plaintiff incorporates the preceding paragraphs.

66. By statute, a violation of RCW 80.36.390 or RCW 80.36.400 is an unfair or deceptive act in trade or commerce and an unfair method of competition, and a matter vitally affecting the public interest, for the purpose of applying the Consumer Protection Act. RCW 80.36.390(12); RCW 80.36.400(4). In addition, the messages’ false statements that Plaintiff had applied for or been pre-approved for a loan were deceptive acts in trade or commerce.

67. A non-resident may bring a Consumer Protection Act claim against a



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

Washington defendant, and against an out-of-state defendant for the acts of its Washington agent. *Thornell v. Seattle Service Bureau, Inc.*, 184 Wn.2d 793, 363 P.3d 587 (2015).

68. Plaintiff was injured in his property by the occupation of his telephone line, voicemail and time. Under RCW 19.86.090, Plaintiff is entitled to actual damages, increased damages of up to three times his actual damages subject to the statutory limit, an injunction, and his costs.

## VI. PRAYER FOR RELIEF

Plaintiff asks the Court to enter judgment in his favor and against Defendants, jointly and severally, for:

A. Statutory damages under 47 U.S.C. § 227(b)(3) of $500 for each of the 196 calls, trebled to $1,500 for each call as willful or knowing violations, for a total of $294,000;

B. Statutory damages under 47 U.S.C. § 227(c)(5) of $500 for each of the 196 violations, trebled to $1,500 for each as willful or knowing violations, for a total of $294,000;

C. Damages under RCW 80.36.400(4) of $1,000 for each of the 196 violations of RCW 80.36.400(2) and (3), a total of $196,000;

D. Damages against the Defendants named in Count V under RCW 80.36.390(13) of at least $1,000 for each of the 196 violations, a total of at least $196,000;

E. Actual and increased damages and costs under RCW 19.86.090;

F. A permanent injunction prohibiting each Defendant from making, initiating, originating, transmitting or routing, or assisting in the transmission of, any prerecorded or artificial-voice call or telephone solicitation to Plaintiff's telephone number;

G. Pre-judgment and post-judgment interest as allowed by law;



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

H. Plaintiff’s costs; and

I. Such other relief as the Court considers just.

## VII. DEMAND FOR JURY TRIAL

Under Federal Rule of Civil Procedure 38, Plaintiff demands a trial by jury on all issues so triable.

DATED this 21st day of October, 2026.

Daniel Raede Guerin, Plaintiff, pro se
500 Westover Dr #36486
Sanford, NC 27330
Telephone: (360) 674-0698
Email: danny@dannyraede.com

# EXHIBIT A

Schedule of 196 prerecorded voicemail calls to (360) 674-0698

16 February 2026 to 21 October 2026

Each row is one call that left a recorded voicemail message on Plaintiff's cellular telephone. Dates and times are Pacific Time, converted from the delivery timestamps recorded by Plaintiff's handset. "Caller ID" is the number displayed. "Callback" is the toll-free number the message asked Plaintiff to call. "Opening words" are the first words of the carrier's written transcript of the message. Plaintiff has preserved the full transcript of every message.

| No. | Date | Time | Caller ID | Callback | Opening words of message |
|---|---|---|---|---|---|
| 1 | 2026-02-16 | 15:35 | (716) 528-7648 | 833-588-3805 | Personal credit. I'm reaching out because we've had an update on your file and based on… |
| 2 | 2026-02-17 | 16:26 | (620) 929-2785 | 833-588-3805 | For personal credit, I'm reaching out because we've had an update on your file and based… |
| 3 | 2026-02-18 | 14:34 | (518) 719-7000 | 866-959-1526 | Loan request. I'm reaching out because we've had an update on your file, and based on… |
| 4 | 2026-02-19 | 16:50 | (931) 546-6495 | 866-959-1526 | Loan request. I'm reaching out because we've had an update on your file, and based on… |
| 5 | 2026-02-20 | 15:24 | (719) 842-6108 | 866-959-1526 | Loan request. I'm reaching out because we've had an update on your file, and based on… |
| 6 | 2026-02-21 | 12:37 | (502) 932-9825 | 866-959-1526 | Loan request. I'm reaching out because we've had an update on your file, and based on… |
| 7 | 2026-02-23 | 13:46 | (502) 932-6255 | 866-959-1526 | Loan request. I'm reaching out because we've had an update on your file, and based on… |
| 8 | 2026-02-24 | 13:46 | (719) 673-6089 | 833-588-3768 866-959-1689 | Personal line of credit inquiry whenever you have a moment, please give me a call back… |
| 9 | 2026-03-02 | 15:11 | (631) 315-4951 | 833-588-3768 866-959-1689 | To your personal line of credit inquiry whenever you have a moment, please give me a… |
| 10 | 2026-03-03 | 14:58 | (716) 742-6251 | 866-959-1080 866-959-1387 | $36,000 personal loan approval. You can reach me or one of my team members directly at… |
| 11 | 2026-03-04 | 15:50 | (760) 301-3846 | 866-959-1080 866-959-1387 | For $36,000 personal loan approval. You can reach me or one of my team members directly… |
| 12 | 2026-03-05 | 14:56 | (304) 401-8956 | 866-959-1080 866-959-1387 | $36,000 personal loan approval. You can reach me or one of my team members directly at… |
| 13 | 2026-03-06 | 15:42 | (830) 287-4049 | 866-959-1080 866-959-1387 | $36,000 personal loan approval. You can reach me or one of my team members directly at… |
| 14 | 2026-03-07 | 12:12 | (502) 304-5936 | 866-959-1080 866-959-1387 | $6000 personal loan approval. You can reach me or one of my team members directly at… |
| 15 | 2026-03-09 | 12:30 | (931) 655-5417 | 855-909-0815 | Your, uh, $36,000 personal loan approval, you can reach me or one of my team members… |
| 16 | 2026-03-10 | 15:10 | (267) 657-8238 | 855-909-0815 | On your, uh, $36,000 personal loan approval you can reach me or one of my team… |
| 17 | 2026-03-12 | 15:03 | (270) 679-4179 | 855-909-0815 | Your, uh, $36,000 personal loan approval, you can reach me or one of my team members… |
| 18 | 2026-03-12 | 15:13 | (716) 233-2480 | 855-909-0815 | On your $36,000 personal loan approval you can reach me or one of my team members… |
| 19 | 2026-03-12 | 18:22 | (304) 999-0474 | 855-357-2070 | Hello, uh, this call is regarding the status of your personal loan request. My name is… |
| 20 | 2026-03-13 | 15:13 | (484) 481-1719 | 855-909-0815 | Your uh $36,000 personal loan approval you can reach me or one of my team members… |
| 21 | 2026-03-13 | 17:44 | (609) 746-4504 | 855-909-0815 | For a $36,000 personal loan approval, you can reach me or one of my team members… |
| 22 | 2026-03-14 | 11:35 | (567) 358-8788 | 877-578-4104 | Tyson, I am the loan specialist with the funding union working on your approval. I have… |
| 23 | 2026-03-16 | 14:47 | (706) 926-6307 | 855-909-0815 | On your, uh, $36,000 personal loan approval you can reach me or one of my team… |
| 24 | 2026-03-17 | 14:59 | (518) 535-6844 | 855-909-0815 | $1000 personal loan approval you can reach me or one of my team members directly at… |
| 25 | 2026-03-17 | 17:37 | (609) 326-2508 | 855-909-0815 | On your, uh, $36,000 personal loan approval you can reach me or one of my team… |
| 26 | 2026-03-18 | 16:02 | (863) 457-6929 | 855-357-2202 855-994-2142 | Personal loan approval. Your file is currently under final review. If you prefer to speak directly… |
| 27 | 2026-03-18 | 17:00 | (757) 649-3610 | 855-357-2202 855-994-2142 | Personal loan approval. Your file is currently under final review. If you prefer to speak directly… |

| No. | Date | Time | Caller ID | Callback | Opening words of message |
|---|---|---|---|---|---|
| 28 | 2026-03-19 | 15:28 | (518) 722-6028 | 855-357-2202 855-994-2142 | Personal loan approval. Your file is currently under final review. If you prefer to speak directly… |
| 29 | 2026-03-19 | 16:25 | (804) 945-1377 | 855-357-2202 855-994-2142 | your personal loan approval, your file is currently under final review. If you prefer to speak… |
| 30 | 2026-03-20 | 20:14 | (701) 940-2434 | 855-357-2202 855-994-2142 | Personal loan approval. Your file is currently under final review. If you prefer to speak directly… |
| 31 | 2026-03-20 | 20:14 | (757) 649-0696 | 855-357-2202 855-994-2142 | Loan approval. Your file is currently under final review. If you prefer to speak directly with… |
| 32 | 2026-03-21 | 10:58 | (908) 348-4310 | 855-357-2202 855-994-2142 | Personal loan approval. Your file is currently under final review. If you prefer to speak directly… |
| 33 | 2026-03-23 | 15:06 | (970) 955-5837 | 855-357-2202 855-994-2142 | loan approval. Your file is currently under final review. If you prefer to speak directly with… |
| 34 | 2026-03-23 | 16:12 | (240) 820-6733 | 855-357-2202 855-994-2142 | Your personal loan approval. Your file is currently under final review. If you prefer to speak… |
| 35 | 2026-03-24 | 14:49 | (364) 400-4035 | 866-771-4516 877-957-0465 | Regarding your loan approval status, your file is currently in final review. If you'd prefer to… |
| 36 | 2026-03-25 | 14:07 | (364) 500-5506 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 37 | 2026-03-25 | 16:01 | (380) 225-8712 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 38 | 2026-03-26 | 15:17 | (434) 252-1679 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 39 | 2026-03-26 | 16:50 | (434) 252-1650 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 40 | 2026-03-27 | 15:21 | (434) 253-2194 | 888-269-4978 | Regarding your loan approval, your file is in final review. If you'd prefer to speak directly… |
| 41 | 2026-03-27 | 16:43 | (434) 252-1807 | 888-269-4978 | Regarding your loan approval, your file is in final review. If you'd prefer to speak directly… |
| 42 | 2026-03-28 | 11:21 | (434) 322-1761 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 43 | 2026-03-30 | 15:14 | (434) 538-4428 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 44 | 2026-03-30 | 16:56 | (434) 538-4498 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 45 | 2026-03-31 | 14:40 | (434) 592-0762 | 888-269-4978 | I'm calling regarding your loan approval. Your file is in final review. If you'd prefer to… |
| 46 | 2026-03-31 | 16:52 | (434) 592-0779 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 47 | 2026-04-01 | 14:27 | (434) 818-4713 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 48 | 2026-04-01 | 14:47 | (434) 879-2770 | 888-269-4978 | I'm calling regarding your loan approval. Your file is in final review. If you'd prefer to… |
| 49 | 2026-04-02 | 15:03 | (434) 888-6475 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 50 | 2026-04-02 | 15:30 | (434) 886-9509 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 51 | 2026-04-03 | 14:43 | (440) 928-8104 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 52 | 2026-04-04 | 10:23 | (470) 466-7731 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 53 | 2026-04-06 | 13:25 | (540) 322-0127 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 54 | 2026-04-06 | 17:41 | (540) 306-9635 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 55 | 2026-04-07 | 14:24 | (540) 386-8461 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |
| 56 | 2026-04-07 | 16:54 | (540) 386-3578 | 888-269-4978 | I'm calling regarding your loan approval. Your file is in final review. If you'd prefer to… |
| 57 | 2026-04-08 | 14:19 | (540) 500-0709 | 888-269-4978 | Calling regarding your loan approval. Your file is in final review. If you'd prefer to speak… |

| No. | Date | Time | Caller ID | Callback | Opening words of message |
|---|---|---|---|---|---|
| 58 | 2026-04-08 | 16:09 | (540) 500-0804 | 888-269-4978 | Regarding your loan approval, your file is in final review. If you'd prefer to speak directly… |
| 59 | 2026-04-09 | 13:47 | (719) 762-7315 | 844-502-3272 855-357-2024 | loan with a lender that we work with, and I can work on this, um, approval… |
| 60 | 2026-04-09 | 16:44 | (318) 940-0250 | 844-502-3272 855-357-2024 | Personal loan with a lender that we work with and I can work on this, um,… |
| 61 | 2026-04-10 | 15:29 | (484) 850-1748 | 844-502-3272 855-357-2024 | loan with a lender that we work with, and I can work on this, um, approval… |
| 62 | 2026-04-10 | 17:00 | (502) 492-6208 | 888-310-3531 | Paul, I saw your interest in a personal loan shared with a lender that we work… |
| 63 | 2026-04-11 | 10:58 | (551) 287-4476 | 844-502-3272 855-357-2024 | Personal loan with a lender that we work with, and I can work on this, um,… |
| 64 | 2026-04-13 | 15:39 | (631) 250-0663 | 844-502-3272 855-357-2024 | Personal loan with a lender that we work with and I can work on this, um,… |
| 65 | 2026-04-13 | 16:51 | (220) 217-3887 | 855-883-0471 | This is Hayley Aldridge. I see that you were interested in a personal loan through one… |
| 66 | 2026-04-14 | 15:06 | (401) 746-2110 | 844-502-3272 855-357-2024 | A loan with a lender that we work with, and I can work on this, um,… |
| 67 | 2026-04-15 | 14:27 | (631) 250-0528 | 877-578-2110 877-967-3236 | Our lending partners and I mailed you a pre-approval. The guidelines have loosened, and I'll get… |
| 68 | 2026-04-15 | 14:59 | (605) 268-7945 | 877-578-2110 877-967-3236 | Lending partners and I mailed you a pre-approval. The guidelines have loosened, and I'll get you… |
| 69 | 2026-04-16 | 14:18 | (551) 299-6689 | 877-372-0925 | Carter, I reviewed your file earlier today through one of our lending partners. It looks like… |
| 70 | 2026-04-16 | 15:38 | (470) 766-2034 | 877-372-0925 | Carter, I reviewed your file earlier today through one of our lending partners. It looks like… |
| 71 | 2026-04-17 | 15:15 | (270) 814-8730 | 833-662-5770 | Reach out real quick update about your personal loan inquiry. This is Blake Carter. I reviewed… |
| 72 | 2026-04-17 | 16:33 | (938) 278-3078 | 877-578-2110 877-967-3236 | Lending partners and I mailed you a pre-approval. The guidelines have loosened, and I'll get you… |
| 73 | 2026-04-18 | 12:11 | (267) 786-8212 | 844-515-1384 855-883-0403 | One of the lenders I work with and I've actually funded a few loans this month… |
| 74 | 2026-04-18 | 12:18 | (518) 837-4729 | 844-515-1384 855-883-0403 | One of the lenders I work with, and I've actually funded a few loans this month… |
| 75 | 2026-04-20 | 14:36 | (585) 940-0180 | 844-515-1384 855-883-0403 | Of the lenders I work with and I've actually funded a few loans this month with… |
| 76 | 2026-04-21 | 16:01 | (772) 679-4783 | 866-666-1384 | Underwriter here I saw that you were interested in a personal loan through one of the… |
| 77 | 2026-04-21 | 17:38 | (240) 570-3961 | 844-515-1384 855-883-0403 | One of the lenders I work with, and I've actually funded a few loans this month… |
| 78 | 2026-04-23 | 16:33 | (681) 227-3099 | 877-578-1956 877-961-0958 | I think I can put together a better personal loan for you. This should be an… |
| 79 | 2026-04-23 | 17:36 | (540) 502-8707 | 866-771-5837 | Schwab, I was looking at your request through one of our lending partners, and I think… |
| 80 | 2026-04-24 | 15:12 | (430) 434-6958 | 866-771-5837 | Schwab, I was looking at your request through one of our lending partners, and I think… |
| 81 | 2026-04-24 | 17:54 | (716) 466-4079 | 877-578-1956 877-961-0958 | And I think I can put together a better personal loan for you. This should be… |
| 82 | 2026-04-27 | 15:53 | (304) 867-1682 | 888-269-3309 | Manager, I'm just giving you a quick call with some feedback. I was looking at your… |
| 83 | 2026-04-27 | 18:03 | (951) 380-3877 | 888-310-3531 | Paul, I saw your interest in a personal loan shared with a lender that we work… |
| 84 | 2026-04-28 | 16:37 | (631) 832-2998 | 866-771-6698 877-961-1177 | In a personal loan through one of the lending partners and it seems like they didn't… |
| 85 | 2026-04-28 | 18:56 | (518) 554-6672 | 866-771-6698 877-961-1177 | in a personal loan through one of the lending partners and it seems like they didn't… |
| 86 | 2026-04-29 | 17:10 | (863) 695-5539 | 844-515-1173 | This is Eddie Nelson. I saw that you were looking for a personal loan through a… |
| 87 | 2026-04-30 | 15:59 | (331) 373-3414 | 877-961-0390 | Hi, this is Janet Jacobson. I'm calling regarding a personal loan inquiry you made with one… |

| No. | Date | Time | Caller ID | Callback | Opening words of message |
|---|---|---|---|---|---|
| 88 | 2026-05-01 | 16:10 | (326) 297-0136 | 844-515-1173 | This is Eddie Nelson. I saw that you were looking for a personal loan through a… |
| 89 | 2026-05-04 | 17:03 | (719) 819-4384 | 855-357-2205 877-961-0995 | Lending partners and you didn't like their offer. I can get this personal loan approved for… |
| 90 | 2026-05-05 | 17:00 | (870) 977-7149 | 855-357-2205 877-961-0995 | Lending partners and you didn't like their offer. I can get this personal loan approved for… |
| 91 | 2026-05-07 | 15:53 | (304) 944-2177 | 855-357-2205 877-961-0995 | Lending partners and you didn't like their offer. I can get this personal loan approved for… |
| 92 | 2026-05-08 | 14:12 | (304) 441-9707 | 877-578-4222 | Well, I wanted to give you some updates. This is Jeff Sarvey. I saw you were… |
| 93 | 2026-05-11 | 17:07 | (716) 765-2297 | 877-578-1705 | Regarding your personal loan inquiry. After reviewing your file, it looks like I may be able… |
| 94 | 2026-05-12 | 17:05 | (941) 944-0784 | 855-357-2205 877-961-0995 | Lending partners and you didn't like their offer. I can get this personal loan approved for… |
| 95 | 2026-05-13 | 16:57 | (667) 706-4382 | 855-357-2205 877-961-0995 | Our lending partners and you didn't like their offer. I can get this personal loan approved… |
| 96 | 2026-05-14 | 14:16 | (513) 837-4616 | 866-771-6802 | I see that you are interested in a personal loan, and I've actually funded several loans… |
| 97 | 2026-05-15 | 16:58 | (680) 384-4010 | 866-771-5848 | I reviewed your file earlier today through one of our lending partners. Right now, a lot… |
| 98 | 2026-05-18 | 15:20 | (518) 520-9061 | 877-578-1953 888-310-4836 | Your profile actually fits within a range where we can structure this better personal loan today,… |
| 99 | 2026-05-19 | 14:55 | (304) 538-0538 | 866-398-3350 | Call you about your personal loan inquiry. This is Sandra Diaz. It looks like you were… |
| 100 | 2026-05-20 | 17:03 | (702) 905-3003 | 877-578-1953 888-310-4836 | partners, your profile actually fits within a range where we can structure this better personal loan… |
| 101 | 2026-05-21 | 15:51 | (351) 837-4217 | 844-502-3202 | Speak with you and give you updates. Hi, this is Grace Peters. I saw that you… |
| 102 | 2026-05-22 | 15:44 | (712) 599-9629 | 855-580-2332 877-578-1940 | For clients in very similar financial situations as you and some of the lending partners I… |
| 103 | 2026-05-26 | 15:01 | (470) 619-9612 | 844-502-3105 | Speak with you and update you with the latest news. Hi, this is Elizabeth Turner. I… |
| 104 | 2026-05-27 | 16:10 | (706) 953-9018 | 866-771-4904 | A loan. With the cost of living continuing to rise while incomes have not kept pace,… |
| 105 | 2026-05-28 | 15:47 | (978) 910-4732 | 855-580-2332 877-578-1940 | For clients in very similar financial situations as you and some of the lending partners I… |
| 106 | 2026-05-29 | 16:36 | (760) 301-3051 | 877-578-1736 | Like you were looking into a personal loan a while back, but it seems like you… |
| 107 | 2026-06-03 | 17:18 | (641) 837-4063 | 877-578-1736 | You were looking into a personal loan a while back, but it seems like you were… |
| 108 | 2026-06-05 | 16:27 | (845) 600-7689 | 888-310-2411 888-905-0296 | After talking to few lenders and assuming that's the best they can do, in reality, every… |
| 109 | 2026-06-08 | 18:00 | (270) 609-8744 | 833-684-5524 | Pending files today and yours was one of the few that was selected for a secondary… |
| 110 | 2026-06-09 | 15:41 | (540) 796-8542 | 888-310-2411 888-905-0296 | After talking to few lenders and assuming that's the best they can do. In reality, every… |
| 111 | 2026-06-17 | 16:45 | (228) 338-8776 | 833-662-5740 888-912-1340 | Terms that worked for you. I was able to put together a strong approval for up… |
| 112 | 2026-06-19 | 17:16 | (863) 240-8009 | 844-515-1257 888-912-3311 | Conditions have improved recently with some of the lenders, and I can get you approved for… |
| 113 | 2026-06-23 | 16:32 | (605) 608-9750 | 844-515-1257 888-912-3311 | Lending conditions have improved recently with some of the lenders, and I can get you approved… |
| 114 | 2026-06-25 | 15:52 | (540) 517-9775 | 833-684-5565 | You previously looked into a personal loan with other lenders, and it looks like I'll be… |
| 115 | 2026-06-26 | 16:55 | (304) 635-9397 | 833-662-5708 866-771-4607 | Some of the banks you applied with, I can confirm your eligibility for a personal loan.… |
| 116 | 2026-06-29 | 16:01 | (941) 992-1219 | 833-662-5708 866-771-4607 | Some of the banks you applied with, I can confirm your eligibility for a personal loan.… |
| 117 | 2026-06-30 | 15:23 | (908) 262-8042 | 833-662-5708 866-771-4607 | The banks you applied with, I can confirm your eligibility for a personal loan. Without any… |

| No. | Date | Time | Caller ID | Callback | Opening words of message |
|---|---|---|---|---|---|
| 118 | 2026-07-01 | 15:56 | (720) 820-3609 | 844-515-1083 | It's regarding your personal loan inquiry. Hi, this is Joseph Benton. It seems like you were… |
| 119 | 2026-07-02 | 16:45 | (302) 643-1284 | 888-310-4382 | Calling regarding your loan request. Hi, this is Angela Lawson. I was reviewing your file today… |
| 120 | 2026-07-07 | 15:18 | (434) 308-1198 | 866-398-3545 | For a personal loan, many of our lending partners have recently expanded their lending guidelines. I'd… |
| 121 | 2026-07-08 | 17:06 | (302) 782-0988 | 855-994-1955 866-666-1351 | Qualify for a personal loan with competitive rates and flexible repayment options. I just need to… |
| 122 | 2026-07-09 | 18:05 | (205) 782-4208 | 855-994-1955 866-666-1351 | Loan with competitive rates and flexible repayment options. I just need to confirm a few final… |
| 123 | 2026-07-10 | 17:42 | (304) 832-7428 | 855-994-1955 866-666-1351 | qualify for a personal loan with competitive rates and flexible repayment options. I just need to… |
| 124 | 2026-07-13 | 15:51 | (267) 652-6140 | 855-883-0406 877-961-0979 | Wondering if you are still looking for a new credit card or personal loan with more… |
| 125 | 2026-07-14 | 16:17 | (702) 905-3077 | 855-883-0406 877-961-0979 | If you are still looking for a new credit card or personal loan with more flexible… |
| 126 | 2026-07-15 | 15:38 | (920) 782-6055 | 877-578-2315 | I'm reaching out to review your personal loan inquiry and discuss the financing terms that may… |
| 127 | 2026-07-16 | 14:10 | (989) 766-7440 | 844-515-1295 | Loan inquiry. Hi, this is Anna Bishop. I'd like to review the new financing options with… |
| 128 | 2026-07-20 | 16:10 | (772) 673-1425 | 866-771-5460 877-961-1023 | I'm calling regarding your request for information about a personal loan. Based on the information you've… |
| 129 | 2026-07-21 | 16:32 | (681) 214-9326 | 833-684-5512 877-578-1942 | Michelle Law, I'm calling regarding your request for information about a personal loan. Based on the… |
| 130 | 2026-07-22 | 17:09 | (605) 639-7201 | 855-580-2633 888-912-0532 | I'm calling regarding your request for information about a personal loan. Based on the information you've… |
| 131 | 2026-07-23 | 16:18 | (434) 695-1408 | 877-578-3308 | Reaching out past few days, I saw that you're looking for a personal loan with one… |
| 132 | 2026-07-24 | 17:58 | (609) 637-3014 | 866-666-1028 888-310-0760 | Hi, this is Michelle Law. I'm calling regarding your request for information about a personal loan.… |
| 133 | 2026-07-28 | 16:15 | (401) 610-7108 | 877-578-2861 888-269-2770 | With one of our lending partners and I mailed you a pre-approval. The guidelines have loosened,… |
| 134 | 2026-07-29 | 17:12 | (863) 821-2031 | 833-662-5747 866-771-6279 | Of our lending partners and I mailed you a pre-approval. The guidelines have loosened, and I'll… |
| 135 | 2026-07-30 | 16:36 | (202) 968-9362 | 877-578-2712 | I was taking a look at your loan inquiry and noticed the approval terms you got… |
| 136 | 2026-07-31 | 17:05 | (631) 973-9521 | 844-515-1847 866-771-5160 | Of our lending partners and I mailed you a pre-approval. The guidelines have loosened, and I'll… |
| 137 | 2026-08-05 | 16:14 | (913) 723-4803 | 866-398-3636 866-666-1441 | Personal loan inquiry through one of our lending partners. I'd like to review your request because… |
| 138 | 2026-08-06 | 15:47 | (930) 266-6901 | 877-957-2938 | Hi, this is Peter Kane. It looks like you previously submitted a personal loan inquiry with… |
| 139 | 2026-08-11 | 16:19 | (224) 566-6488 | 877-961-0617 | Best they can do. In reality, every lender looks at a file differently. I can get… |
| 140 | 2026-08-12 | 15:24 | (681) 529-3853 | 877-578-1922 | Lenders and assuming that's the best they can do. In reality, every lender looks at a… |
| 141 | 2026-08-13 | 16:07 | (681) 500-0155 | 888-269-4013 | Lenders and assuming that's the best they can do. In reality, every lender looks at a… |
| 142 | 2026-08-17 | 15:54 | (978) 966-6159 | 877-578-2514 | Lending conditions have improved recently with some of the lenders we work with, and I can… |
| 143 | 2026-08-18 | 15:10 | (236) 993-2926 | 888-269-4791 | Previously, the lending conditions have improved recently with some of the lenders we work with, and… |
| 144 | 2026-08-19 | 15:47 | (830) 667-8038 | 888-912-1570 | Morgan McCarty, I noticed you were exploring a loan with one of the lenders I work… |
| 145 | 2026-08-19 | 17:54 | (519) 757-4181 | 833-684-0936 | Hi, this is Riley Phillips. I wanted to touch base regarding the personal loan inquiry you… |
| 146 | 2026-08-20 | 16:55 | (909) 318-5409 | 888-269-2953 | The lending conditions have improved recently with some of the lenders we work with, and I… |
| 147 | 2026-08-21 | 09:06 | (680) 639-4126 | 844-515-1395 | Parker Kelly here with an update regarding pre-approval for personal loan. Hi, this is Parker Kelly.… |

| No. | Date | Time | Caller ID | Callback | Opening words of message |
|---|---|---|---|---|---|
| 148 | 2026-08-21 | 14:51 | (470) 932-7164 | 833-684-5458 | Hey Johnny here. I tried sending everything over by email, but it looks like your email… |
| 149 | 2026-09-01 | 15:55 | (249) 424-7058 | 888-912-0671 | You'll have an available path forward with pre-approved amounts currently showing up to $32,000. Press 2… |
| 150 | 2026-09-02 | 10:53 | (304) 867-7180 | 855-994-2036 | Hi, this is Mila Jones. I have a pre-approval ready for you for up to $36,000… |
| 151 | 2026-09-02 | 17:34 | (858) 351-9549 | 844-502-3253 | Reviewing, including pre-approval amounts up to $45,000. Press 2 or call me at 844-502-3253. Based on… |
| 152 | 2026-09-02 | 17:55 | (226) 497-0619 | 844-502-3253 | options worth reviewing, including pre-approval amounts up to $45,000. Press 2 or call me at 844-502-3253.… |
| 153 | 2026-09-03 | 16:25 | (778) 239-8762 | 855-357-2124 | I see some improvement on your overall financing, and I have a pre-approval for a personal… |
| 154 | 2026-09-03 | 17:20 | (587) 929-7197 | 888-912-0705 | Financing options worth reviewing, including pre-approval amounts up to $45,000. Press two or call me at… |
| 155 | 2026-09-04 | 16:29 | (778) 967-3482 | 888-310-2379 | Worth reviewing, including pre-approval amounts up to $45,000. Press 2 or call me at 888-310-2379. Based… |
| 156 | 2026-09-04 | 17:24 | (450) 217-1235 | 888-310-2379 | Options worth reviewing, including pre-approval amounts up to $45,000. Press 2 or call me at 888-310-2379.… |
| 157 | 2026-09-08 | 12:58 | (914) 300-2272 | 866-398-3150 | Hi this is Dorothy Gibson, senior loan specialist. Your file is currently showing a pre-approval for… |
| 158 | 2026-09-08 | 17:06 | (661) 464-9710 | 833-662-5743 | Available path forward with pre-approved amounts currently showing up to $32,000. Press 2 or call me… |
| 159 | 2026-09-09 | 16:41 | (902) 235-1638 | 844-502-3058 | Looking into, and I'd like to show you the potential numbers before you decide whether you… |
| 160 | 2026-09-11 | 10:40 | (872) 799-9610 | 866-771-4369 | Hi, this is Andy Salinas from funding. I have you preapproved, but in order to get… |
| 161 | 2026-09-14 | 16:54 | (337) 999-5650 | 833-684-5586 | You the potential numbers before you decide whether you want to move forward with the personal… |
| 162 | 2026-09-17 | 14:24 | (918) 796-7014 | 877-961-0375 | Hi Lauren McCormick here. You expressed interest in personal loan with one of our financial partners.… |
| 163 | 2026-09-23 | 18:43 | (551) 297-2683 | 855-994-0124 | Into a personal loan and there may be another lending option worth reviewing with you. The… |
| 164 | 2026-09-28 | 16:43 | (863) 290-4184 | 855-580-2448 | Loan inquiry. Based on what I'm seeing, it looks like I may be able to help… |
| 165 | 2026-09-30 | 14:31 | (231) 321-7020 | 866-398-3312 | An inquiry. Based on what I'm seeing, it looks like I may be able to help… |
| 166 | 2026-09-30 | 14:42 | (980) 517-8297 | 866-771-6119 | Hello, this is Vanessa Collins calling about your loan application. I'm with the verification department. I… |
| 167 | 2026-10-01 | 14:03 | (743) 286-4206 | 888-310-1056 | Hi, this is Kayla Palmer, senior loan specialist. I was looking over your information and noticed… |
| 168 | 2026-10-02 | 13:20 | (475) 877-2154 | 855-994-2120 | Dollars under consideration, press 2 or call 855-994-2120 and we'll get you connected today. Your financing… |
| 169 | 2026-10-02 | 14:31 | (501) 559-8220 | 866-771-6750 | Hi, this is Caleb Palmer, senior loan specialist. I was looking over your information and noticed… |
| 170 | 2026-10-05 | 18:18 | (501) 559-8312 | 877-578-1676 | Hi, this is Bianca Marks here with updates about your financial situation. I saw your interest… |
| 171 | 2026-10-05 | 18:18 | (208) 561-9984 | 833-662-5762 | Review with up to $56,000 under consideration, press 2 or call 833-662-5762, and we'll get you… |
| 172 | 2026-10-06 | 13:55 | (948) 231-1619 | 877-578-3434 | Press 2 or call 877-578-3434 and we'll get you connected today. Your financing review is still… |
| 173 | 2026-10-06 | 16:28 | (970) 982-4378 | 866-386-1737 | Hi, this is Bianca Marks here with updates about your financial situation. I saw your interest… |
| 174 | 2026-10-07 | 14:36 | (609) 549-8753 | 855-580-2559 | Review with up to $56,000 under consideration, press 2 or call 855-580-2559, and we'll get you… |
| 175 | 2026-10-07 | 15:03 | (438) 207-1913 | 877-578-3601 | Hi, this is Bianca Marks here with updates about your financial situation. I saw your interest… |
| 176 | 2026-10-08 | 02:47 | (620) 302-0865 | 855-580-2559 | With up to $56,000 under consideration, press 2 or call 855-580-2559, and we'll get you connected… |
| 177 | 2026-10-08 | 13:51 | (318) 660-5340 | 888-912-1704 | With you, including different amounts, monthly payments, and repayment terms. Call me at 888-912-1704. Right now… |

| No. | Date | Time | Caller ID | Callback | Opening words of message |
|---|---|---|---|---|---|
| 178 | 2026-10-08 | 17:47 | (575) 284-0312 | 877-372-0903 | Amounts, monthly payments and repayment terms. There may also be a lower rate option available based… |
| 179 | 2026-10-09 | 14:31 | (502) 770-1868 | 855-883-0491 | Great day. Hi, this is Susan Walters. It looks like you were exploring a new credit… |
| 180 | 2026-10-10 | 14:00 | (908) 424-2391 | 877-578-1727 | Amounts, monthly payments and repayment terms. There may also be a lower rate option available based… |
| 181 | 2026-10-12 | 17:35 | (573) 605-7790 | 866-398-2420 | Monthly payments and repayment terms. There may also be a lower rate option available based on… |
| 182 | 2026-10-13 | 17:17 | (231) 385-3483 | 877-578-4279 | Different amounts, monthly payments, and repayment terms. There may also be a lower rate option available… |
| 183 | 2026-10-13 | 18:41 | (571) 679-2166 | 877-578-4279 | Monthly payments and repayment terms. There may also be a lower rate option available based on… |
| 184 | 2026-10-14 | 15:05 | (225) 895-5958 | 855-580-2839 | $52,000. I just need to confirm a few details and finalize your pre-approval. Press 2 or… |
| 185 | 2026-10-14 | 18:26 | (724) 920-5057 | 855-580-2839 | Requirements for a personal loan up to $52,000. I just need to confirm a few details… |
| 186 | 2026-10-15 | 16:36 | (403) 512-0838 | 877-578-1679 | Requirements for a personal loan up to $52,000. I just need to confirm a few details… |
| 187 | 2026-10-15 | 16:50 | (613) 659-4558 | 877-578-1679 | Requirements for a personal loan up to $52,000. I just need to confirm a few details… |
| 188 | 2026-10-15 | 17:36 | (519) 500-5338 | 877-578-1679 | Requirements for a personal loan up to $52,000. I just need to confirm a few details… |
| 189 | 2026-10-16 | 16:05 | (613) 368-9581 | 866-386-5771 | Requirements for a personal loan up to $52,000. I just need to confirm a few details… |
| 190 | 2026-10-16 | 18:45 | (204) 719-9095 | 866-386-5771 | For a personal loan up to $52,000. I just need to confirm a few details and… |
| 191 | 2026-10-18 | 12:30 | (437) 305-6672 | 866-771-7077 | Lending requirements for a personal loan up to $52,000. I just need to confirm a few… |
| 192 | 2026-10-19 | 11:49 | (778) 576-8797 | 888-310-2032 | For a personal loan up to $52,000. I just need to confirm a few details and… |
| 193 | 2026-10-19 | 12:55 | (913) 392-9688 | 888-310-2032 | Loan up to $52,000. I just need to confirm a few details and finalize your pre-approval.… |
| 194 | 2026-10-19 | 17:02 | (226) 774-3985 | 888-310-2032 | Personal loan up to $52,000. I just need to confirm a few details and finalize your… |
| 195 | 2026-10-19 | 18:35 | (705) 740-0962 | 888-310-2032 | For a personal loan up to $52,000. I just need to confirm a few details and… |
| 196 | 2026-10-20 | 18:33 | (708) 348-3367 | 877-372-0946 | I'm reaching out to discuss a financing possibility that could give you more room to handle… |