**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

DANIEL RAEDE GUERIN,

Plaintiff,

v.

RURAL TELECOM EXPERTS, INC.; DIGITAL SOLUTIONS INC. d/b/a GDS TELECOM; 46 LABS, LLC d/b/a HYPERCUBE NETWORKS; LINGO TELECOM, LLC d/b/a EXCEL TELECOMMUNICATIONS; JOHN DOE CORPORATION d/b/a "EXECUTIVE LENDING UNIT"; and DOES 2–20,

Defendants.

No. 2:26-cv-04078-SKV

**DECLARATION OF DANIEL RAEDE GUERIN REGARDING SERVICE OF PROCESS ON DEFENDANT DIGITAL SOLUTIONS INC. d/b/a GDS TELECOM**

I, Daniel Raede Guerin, declare as follows:

1. I am the Plaintiff in this action and represent myself. I make this declaration on personal knowledge and from the records attached as exhibits.

2. Defendant Digital Solutions Inc. d/b/a GDS Telecom ("Digital Solutions") is a Colorado corporation, Colorado Secretary of State entity number 20251190566, formed on 20 February 2025. The Secretary of State's records list its principal address as 1050 Curtis



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

Street, Denver, Colorado 80202, and its registered agent as First Tele Communications, Inc., 1401 17th Street, Denver, Colorado. A true copy of the Secretary of State's record, as retrieved on 30 October 2026, is attached as **Exhibit A**.

3. On 27 October 2026 a process server engaged through ABC Legal Services attempted to serve the summons and First Amended Complaint on Digital Solutions' registered agent at 1401 17th Street, Denver. An individual at that address who identified as an employee told the server that the registered agent was unknown there, and the summons was returned unexecuted. The server's declaration of non-service is attached as **Exhibit B**.

4. On 28 October 2026 a second ABC Legal process server attempted service at 1050 Curtis Street, Suite 1000, Denver. An employee at that address told the server that none of the businesses named in the papers exists there and that the premises are now a Denver community college art school with classrooms and no offices. The summons was returned unexecuted. The server's declaration of non-service is attached as **Exhibit C**.

5. Because Digital Solutions' registered agent was not located at its registered agent address and could not with reasonable diligence be served, I served Digital Solutions under Colorado Revised Statutes § 7-90-704(2), as Federal Rule of Civil Procedure 4(h)(1)(A) and 4(e)(1) permit. That statute provides that such an entity "may be served by registered mail or by certified mail, return receipt requested, addressed to the entity at its principal address," and that service is perfected at the earliest of the date the entity receives the process, the date on a signed return receipt, or "five days after mailing."

6. On 28 October 2026 I caused the summons issued to Digital Solutions and a copy of the First Amended Complaint with its exhibits to be sent by United States Postal Service Certified Mail, return receipt requested, through the mailing service Mailform (order 8c63422c-59e1-4912-9258-534ec1d6c8eb), addressed to "Digital Solutions Inc. d/b/a GDS Telecom, 1050 Curtis Street, Denver, CO 80202." The certified-mail tracking number is 9214 7901 3247 3400 2450 4248 18.



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

7. The Postal Service's tracking record shows the item received for mailing at Flint, Michigan on 29 October 2026, accepted at the Flint facility on 31 October 2026 at 4:39 p.m., and arrived at the Denver distribution center on 2 November 2026. A true copy of the Mailform order record and of the tracking record, as retrieved on 3 November 2026, is attached as **Exhibit D**.

8. Taking the later date of 31 October 2026 as the date of mailing, service on Digital Solutions is perfected under C.R.S. § 7-90-704(2)(c) no later than 5 November 2026. If the Postal Service returns the signed receipt or the undelivered envelope, I will file it with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3 November 2026 in London, United Kingdom.

Daniel Raede Guerin, Plaintiff, pro se



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

# EXHIBIT A

Colorado Secretary of State business entity record, Digital Solutions Inc.

## Colorado Secretary of State — business entity record

Source: Colorado Information Marketplace dataset “Business Entities in Colorado” (data.colorado.gov), maintained by the Colorado Secretary of State; record retrieved 30 October 2026.

| | |
|---|---|
| entityid | 20251190566 |
| entityname | Digital Solutions Inc |
| entitystatus | Good Standing |
| entityformdate | 2025-02-20T00:00:00.000 |
| entitytype | DC56 |
| principaladdress1 | 1050 Curtis Street |
| principalcity | Denver |
| principalstate | CO |
| agentorganizationname | FIRST TELE COMMUNICATIONS, INC. |
| agentprincipaladdress1 | 1401 17th Street |
| agentprincipalcity | Denver |

# EXHIBIT B

Declaration of non-service, 1401 17th Street, Denver (27 October 2026)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:26-cv-04078-SKV**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Digital Solutions Inc. d/b/a GDS Telecom,**
was received by me on **10/27/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Unknown** after attempting service at **1401 17th St, Denver, CO 80202**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 109.00** for services, for a total of **$ 109.00**.

I declare under penalty of perjury that this information is true.

Date: 10/27/2026

Disera Wyatt

*Server's signature*

**Disera Wyatt**

*Printed name and title*

**12444 E Tennessee Cir., Apt C**
**Aurora, CO 80012**

*Server's address*

Additional information regarding attempted service, etc:

**10/27/2026 2:26 PM: I spoke with an individual who identified themselves as the employee and they stated subject unknown.**

Tracking #: **0248417272**

# EXHIBIT C

Declaration of non-service, 1050 Curtis Street, Suite 1000, Denver (28 October 2026)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:26-cv-04078-SKV**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Digital Solutions Inc. d/b/a GDS Telecom,**
was received by me on **10/28/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Unknown** after attempting service at **1050 Curtis Street Suite 1000, Denver, CO 80202**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 109.00** for services, for a total of **$ 109.00**.

I declare under penalty of perjury that this information is true.

Date: 10/28/2026

[signature]

*Server's signature*

**Omar E Lopez**

*Printed name and title*

**9100 E Florida Ave**
**10102**
**Denver, CO 80247**

*Server's address*

Additional information regarding attempted service, etc:

**10/28/2026 12:03 PM: I spoke with an individual who identified themselves as the person in charge and they stated subject unknown. At the address I observed a package/mail addressed to another. The address place at the documents is not correct, I spoke with a white woman 25-30 years old self identified as a employee at the address 1050 Curtis street Denver 80202 , she tolds me do not exist here any business what are mentioned at the service of documents, right here is now Denver Community College school of Art and there are just classrooms and not offices.**

Tracking #: **0248609102**

# EXHIBIT D

Mailform certified-mail order record and USPS tracking record

## Mailform order record

| | |
|---|---|
| Order | 8c63422c-59e1-4912-9258-534ec1d6c8eb |
| Ordered | 28 October 2026 |
| Recipient | Digital Solutions Inc. d/b/a GDS Telecom, 1050 Curtis Street, Denver, CO 80202 |
| Service | USPS Certified Mail, physical return receipt (USPS_CERTIFIED_PHYSICAL_RECEIPT) |
| Status | Fulfilled |
| USPS tracking | 92147901324734002450424818 |
| Contents | Summons to Digital Solutions Inc.; First Amended Complaint with exhibits |

Retrieved from the Mailform account on 3 November 2026.

# USPS tracking record, retrieved 3 November 2026

Tracking Number:

9214790132473400245042481 8

Remove ✕

Copy Add to Informed Delivery

Expected Delivery by

SATURDAY

7 November 2026

by 9:00pm

Your item arrived at our DENVER CO DISTRIBUTION CENTER destination facility on November 2, 2026 at 10:58 am. The item is currently in transit to the destination.

Get More Out of USPS Tracking:

USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

On the Way

**Arrived at USPS Facility**
DENVER CO DISTRIBUTION CENTER
November 2, 2026 10:58 AM

**Arrived at USPS Facility**
PONTIAC MI DISTRIBUTION CENTER
October 31, 2026 5:54 PM

**Accepted at USPS Facility**
FLINT, MI 48502
October 31, 2026 4:39 PM

**Shipment Received, Package Acceptance Pending**
FLINT, MI 48502
October 29, 2026 4:36 PM

**Pre-Shipment Info Sent to USPS**
October 28, 2026

Hide Tracking History

What Do USPS Tracking Statuses Mean?

Feedback