**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DANIEL RAEDE GUERIN,<br>Plaintiff,<br>v.<br>RURAL TELECOM EXPERTS, INC.; DIGITAL SOLUTIONS INC. d/b/a GDS TELECOM; 46 LABS, LLC d/b/a HYPERCUBE NETWORKS; LINGO TELECOM, LLC d/b/a EXCEL TELECOMMUNICATIONS; JOHN DOE CORPORATION d/b/a "EXECUTIVE LENDING UNIT"; and DOES 2–20,<br>Defendants. | No. 2:26-cv-04078-SKV<br>**SUPPLEMENTAL DECLARATION OF DANIEL RAEDE GUERIN IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO SERVE SUBPOENAS BEFORE THE RULE 26(f) CONFERENCE** |

I, Daniel Raede Guerin, declare as follows:

1. I am the Plaintiff in this action. I make this supplemental declaration on personal knowledge and from the records attached as exhibits, in support of my Ex Parte Motion for Leave to Serve Subpoenas Before the Rule 26(f) Conference (Dkt. 2).

2. On 29 October 2026 I received an email from regulatory@lingo.com, signed "Lingo's Regulatory Department", concerning this action. It stated that "the Toll-Free


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

Numbers listed in the attached do not belong to Lingo and are not offered under any legacy Lingo brands including Excel Telecommunications”; that “[m]ost of the toll-free numbers in question belong to Hypercube Network, LLC (46 Labs, LLC), who has also owned the RespOrg(s) in question since August 2024”; and that in August 2024 Lingo “sold our wholesale FGD network, Toll Free Services, and all RespOrgs (including the legacy Excel RespOrg TUI02 and TUI05) to 46 Labs, LLC.” A true copy of the email is attached as **Exhibit 1**.

3. The email attached a document reproducing results from the public toll-free number lookup of Somos, Inc., the national toll-free number registry. One result, for (855) 357-2202, the callback number in nine of the messages left on my telephone, states that the number is “currently reserved by Hypercube Networks, LLC.” The images from that attachment are included in Exhibit 1.

4. On 30 October 2026 I replied to Lingo and asked it to provide a sworn declaration confirming the sale and stating that it carried none of the calls at issue, and to preserve any records it holds. As of the date of this declaration I have not received a declaration from Lingo.

5. On 30 October 2026, at my direction, the records of the Colorado companies listed below were obtained from the Colorado Secretary of State’s public business-entity dataset. A true copy of the relevant entries is attached as **Exhibit 2**. The records show the following:

(a) Digital Solutions Inc, entity number 20251190566, formed on 20 February 2025, principal address 1050 Curtis Street, Denver; registered agent First Tele Communications, Inc., 1401 17th Street, Denver.

(b) First Tele Communications, Inc., entity number 19911041653, formed on 5 June 1991, principal address 1401 17th Street, Denver; registered agent National Asset Management Inc, 1050 Curtis Street, Suite 1000, Denver.

(c) National Asset Management Inc, entity number 20228214044, formed on 14


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

December 2022 as a public benefit corporation, principal address 1050 Curtis Street, Suite 1000, Denver; registered agent Nikoo Incorporated, 5925 E. Evans Avenue, Suite 217, Denver.

(d) Nikoo Incorporated, entity number 20121681965, principal address 5925 E. Evans Avenue, Suite 217, Denver; registered agent National Asset Management Inc, 1050 Curtis Street, Suite 1000, Denver.

(e) Nikoo Products Inc, entity number 20211258468, registered in Colorado as a foreign corporation on 17 March 2021, principal address 5925 E. Evans Avenue, Suite 217, Denver; registered agent National Asset Management Inc, 1050 Curtis Street, Suite 1000, Denver.

6. On 27 and 28 October 2026 process servers engaged through ABC Legal Services attempted to serve Digital Solutions at 1401 17th Street and at 1050 Curtis Street, Suite 1000, Denver. At the first address the registered agent was unknown. At the second, an employee told the server that none of the businesses named in the papers exists there and that the premises are a community college art school. The servers' declarations of non-service are Exhibits B and C to my Declaration Regarding Service of Process on Defendant Digital Solutions Inc., filed in this action.

7. In *Marchetti v. 46 Labs, LLC*, No. 2:26-cv-05805 (E.D. Pa.), RTE filed a declaration of its chief executive officer (Doc. 25-2, filed on 12 October 2026). The declaration states that RTE's registered agent of record with the Washington Secretary of State is Nikoo Products Inc, at RTE's office at 1329 N. State Street, Suite 308, Bellingham. A true copy, obtained from the court's public docket, is attached as **Exhibit 3**.

8. The Federal Communications Commission's Final Determination Order concerning Digital Solutions, DA 26-1073 (5 October 2026), records in its notes 65 and 76 that Digital Solutions' responses to the Enforcement Bureau of 5 May 2026 and 13 July 2026 were sent from the email address DavidA@gdstelecom.net and signed "Digital Solutions Inc


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

Compliance Dept". RTE's 2024 annual report to the Washington Utilities and Transportation Commission, in docket UT-250374, gives the contact for its chief information officer, Omid Ahmadabad, as dave.a@rteedge.com.

9. On 5 November 2026, at my direction, the public domain-name and internet-address records for rteedge.com, eontelecom.com and gdstelecom.net were retrieved with the standard "dig" and "whois" tools. A true copy of the output is attached as **Exhibit 4**. It shows that:

(a) rteedge.com and eontelecom.com both use GoDaddy's name servers (domaincontrol.com), and each publishes an email-authentication (SPF) record that includes the same account identifier, "dc-aa8e722993";

(b) gdstelecom.net was created on 20 February 2025, the date on which Digital Solutions Inc was formed, through the registrar 1API GmbH; its name servers are Cloudflare's; and its mail server, mail.gdstelecom.net, is at the internet address 91.107.162.190, which belongs to Hetzner Online GmbH of Gunzenhausen, Germany.

10. The Federal Communications Commission's Form 499 filer database lists EON Telecom Inc, filer number 834352, with its headquarters at RTE's principal place of business, 1329 N. State Street, Bellingham.

11. On 5 November 2026, at my direction, the public registry history published at resporgs.com, which is compiled from monthly snapshots of the Somos toll-free registry, was retrieved for each of the 124 toll-free callback numbers given in the messages to me that the registry showed under RespOrg codes TUI02 and TUI05 when I filed the First Amended Complaint. All 66 numbers that had been under TUI02 remain under TUI02, with the RespOrg name "Excel Telecommunications", working since 4 March 2026. All 58 numbers that had been under TUI05 are now under code TUI07, with the same RespOrg name, working since 8 October 2026. A list of the 124 numbers and their current codes is attached


Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

as **Exhibit 5**.

12. None of the records described above states who owns or controls Digital Solutions or RTE, or for whom Digital Solutions originated the calls at issue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 6 November 2026 in London, United Kingdom.

Daniel Raede Guerin



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

# EXHIBIT 1

**Email from Lingo’s Regulatory Department, 29 October 2026, and images from its attachment “Toll Free Examples_Somos.docx”**

From: Regulatory <regulatory@lingo.com>
To: "danny@dannyraede.com" <danny@dannyraede.com>
Cc: Regulatory <regulatory@lingo.com>
Date: Thu, 29 Oct 2026 13:58:24 +0000
Subject: Civil Action No. 2:26-cv-04078-SKV
Attachments: 35428067_DANIEL RAEDE GUERIN VS. RURAL_Litigation.pdf; Toll Free Examples_Somos.docx

Good morning Mr. Guerin,

The Company is in receipt of the attached Lawsuit and provides the following:

Lingo Telecom, LLC ("Lingo" or the "Company") takes robocalls and fraudulent calling very seriously and has vigorously put safeguards in place to protect the company, its customers, and consumers from unwanted calls. Upon investigating this matter, the company has confirmed that the Toll-Free Numbers listed in the attached do not belong to Lingo and are not offered under any legacy Lingo brands including Excel Telecommunications. Most of the toll-free numbers in question belong to Hypercube Network, LLC (46 Labs, LLC), who has also owned the RespOrg(s) in question since August 2024 (as identified by Somos in the attached listing showing the current regulated carrier that owns the affiliated RespOrg) when we sold our wholesale FGD network, Toll Free Services, and all RespOrgs (including the legacy Excel RespOrg TUI02 and TUI05) to 46 Labs, LLC. Please note that Lingo (under all brands including its grandfathered Excel Telecommunications) is no longer a RespOrg for Toll-Free Services, and as such has no association with the Toll-Free numbers in your lawsuit or the RespOrgs. With this information, the Company respectfully requests that Lingo Telecom, LLC be removed from the lawsuit.

Respectfully submitted,

Lingo's Regulatory Department






Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

866 | 855 | 844 | 833

Enter any combination of seven (7) numbers and letters:

994-2142 SUBMIT

Below are results for this Toll-Free Number for the area codes selected above:

This Toll-Free Number is unavailable for the following area code and is currently reserved by Hypercube Networks, LLC. For more information, please contact them through their referral phone number at 8886465227.

✕ 855

Select the area codes you'd like to check for:

SELECT ALL | 800 | 888 | 877

866 | 855 | 844 | 833

Enter any combination of seven (7) numbers and letters:

269-4978 SUBMIT

Below are results for this Toll-Free Number for the area codes selected above:

This Toll-Free Number is unavailable for the following area code and is currently reserved by Hypercube Networks, LLC. For more information, please contact them through their referral phone number at 8886465227.

✕ 888



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

Select the area codes you'd like to check for:

| | | | |
|---|---|---|---|
| SELECT ALL | 800 | 888 | 877 |
| 866 | 855 | 844 | 833 |

Enter any combination of seven (7) numbers and letters:

578-1679 SUBMIT

**Below are results for this Toll-Free Number for the area codes selected above:**

This Toll-Free Number is unavailable for the following area code and is currently reserved by Hypercube Networks, LLC. For more information, please contact them through their referral phone number at 8886465227.

✕ 877



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

# EXHIBIT 2

**Colorado Secretary of State, Business Entities in Colorado dataset (data.colorado.gov, dataset 4ykn-tg5h), entries retrieved 30 October 2026**

| Entity ID | Entity name | Status | Formed | Principal address | Registered agent and agent address |
|---|---|---|---|---|---|
| 20251190566 | Digital Solutions Inc | Good Standing | 2025-02-20 (DC56) | 1050 Curtis Street Denver CO | FIRST TELE COMMUNICATIONS, INC., 1401 17th Street Denver |
| 19911041653 | FIRST TELE COMMUNICATIONS, INC. | Good Standing | 1991-06-05 (DPC) | 1401 17th Street Denver CO | National Asset Management Inc, 1050 Curtis Street Suite 1000 Denver |
| 20228214044 | National Asset Management Inc | Good Standing | 2022-12-14 (DPC-PBC) | 1050 Curtis Street Suite 1000 Denver CO | Nikoo Incorporated, 5925 E Evans Ave Ste 217 Denver |
| 20121681965 | Nikoo Incorporated | Good Standing | 2012-12-11 (DPC) | 5925 E Evans Ave Ste 217 Denver CO | National Asset Management Inc, 1050 Curtis Street Suite 1000 Denver |
| 20211258468 | Nikoo Products Inc | Good Standing | 2021-03-17 (FPC) | 5925 E Evans Ave Suite 217 Denver CO | National Asset Management Inc, 1050 Curtis Street Suite 1000 Denver |



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

# EXHIBIT 3

Declaration filed by Rural Telecom Experts, Inc., *Marchetti v. 46 Labs, LLC*, No. 2:26-cv-05805 (E.D. Pa.), Doc. 25-2



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN MARCHETTI,<br><br>Plaintiff,<br><br>v.<br><br>46 LABS, LLC d/b/a HYPERCUBE NETWORKS; DIGITAL SOLUTIONS INC., individually and doing business as GDS TELECOM and GDS SOLUTIONS; RURAL TELECOM EXPERTS, INC.; and JOHN DOES 1–10,<br><br>Defendants. | Civil Action No. 2:26-cv-05805-CFK<br><br>Hon. Chad F. Kenney<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF DAVE AHMADBADI IN SUPPORT OF DEFENDANT RURAL TELECOM EXPERTS, INC.'S MOTION TO DISMISS**

I, Dave Ahmadbadi, declare as follows:

1. I am the Chief Executive Officer of Rural Telecom Experts, Inc. ("RTE"). I submit this declaration in support of RTE's Motion to Dismiss, solely on the issues of personal jurisdiction and service of process under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5). The facts stated here are based on my personal knowledge as an officer of RTE and, where stated, on my review of RTE's business records maintained in the ordinary course, including its corporate, customer, e-mail, compliance and call detail records, which I am authorized to review. If called as a witness I could and would testify competently to them.

2. RTE is a corporation organized under the laws of the State of Washington. Its principal place of business is 1329 N. State Street, Suite 308, Bellingham, Washington 98225. RTE is not incorporated in Pennsylvania and Pennsylvania is not its principal place of business.

3. RTE is not registered or qualified to do business in Pennsylvania, has not appointed a registered agent for service of process in Pennsylvania, and has not consented to the jurisdiction of the Pennsylvania courts.

4. RTE maintains no office, facility, equipment, switch, server, point of presence or other property in Pennsylvania, and leases none.





Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

5. RTE has no employees, officers, directors or agents who reside or work in Pennsylvania.

6. RTE maintains no bank accounts in Pennsylvania, holds no Pennsylvania licenses or permits, files no Pennsylvania tax returns, and owns no Pennsylvania real or personal property.

7. RTE does not advertise, market or solicit business in Pennsylvania. It does not direct advertising or marketing to Pennsylvania residents, does not attend trade shows in Pennsylvania, and maintains no Pennsylvania-specific website, telephone number or mailing address.

8. RTE has no customers with a place of business in Pennsylvania, and no contract to which RTE is a party is governed by Pennsylvania law or was negotiated, executed or performed in Pennsylvania.

9. RTE does not select, generate, obtain, purchase or otherwise determine the telephone numbers that its customers dial. RTE does not create, record, script, review or approve the content of any message that its customers transmit, and does not select the recipients of any such message.

10. RTE maintains no routing table, rate deck, least-cost-routing configuration, trunk group or account setting that is keyed to Pennsylvania, to any Pennsylvania area code, or to any Pennsylvania NPA-NXX. RTE has never configured any account or route by reference to the geographic destination of a call within the United States, and has never selected a downstream provider by reference to Pennsylvania.

11. Before this lawsuit was filed, Plaintiff John Marchetti sent e-mails to RTE about the calls, including a written demand dated July 27, 2026. Those e-mails were received at RTE's legal and compliance mailbox and forwarded to me. I replied once on RTE's behalf, by e-mail from RTE's regulatory address on July 29, 2026, stating that RTE has no control over the content of calls and that its attorneys would respond. On August 13, 2026, Plaintiff e-mailed RTE a courtesy copy of his original complaint. Based on my review of RTE's e-mail and compliance





Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

records, apart from those communications RTE has no record of any communication with Plaintiff, and RTE has never had any account, agreement or transaction with him.

12. Before RTE received Plaintiff's e-mails in late July 2026, RTE had no knowledge of Plaintiff or his telephone number, and no carrier, including 46 Labs, LLC, had contacted RTE about calls to that number. Based on my review of RTE's compliance records, RTE has never received a traceback request from the Industry Traceback Group, or any notice from a regulator, concerning calls to Plaintiff's telephone number.

13. Any call that reached a telephone number in Pennsylvania in connection with the traffic at issue did so because a customer of RTE, or a customer of that customer, dialed that number. RTE made no decision, and took no step, directed at Pennsylvania.

14. RTE's registered agent of record with the Washington Secretary of State is Nikoo Products Inc, 1329 N. State Street, Suite 308, Bellingham, Washington 98225. A true and correct copy of the Secretary of State's business record for RTE is attached as Exhibit A.

15. RTE has never appointed or authorized Washington Registered Agent, Hope Reed, or anyone other than its registered agent and its officers to accept service of process on its behalf. Hope Reed is not, and has never been, an officer, employee, or agent of RTE.

16. RTE has not been served with a summons in this action. No summons or complaint in this action was delivered to RTE by Washington Registered Agent, Nikoo Products Inc, or any process server. The only copy of any pleading in this action that RTE has received is the courtesy copy of the original complaint that Plaintiff e-mailed to RTE on August 13, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on ___Oct 7th__, 2026, at _______Bellingham_, Washington.

DAVE AHMADBADI
Chief Executive Officer, Rural Telecom Experts, Inc.





Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

# EXHIBIT 4

**Domain-name and internet-address records retrieved 5 November 2026**

```
$ dig +short TXT rteedge.com
"v=spf1 include:dc-aa8e722993._spfm.rteedge.com ~all"
"google-site-verification=xbk__eroRyZhKJ3CWW4xL_U-P2SOvBesPYUBL3517e0"

$ dig +short TXT eontelecom.com
"v=spf1 include:dc-aa8e722993._spfm.eontelecom.com ~all"
"google-site-verification=_72xF39JKta63o0s978rgaVA2fRXs5q7zPxaPylr_JU"

$ dig +short NS rteedge.com
ns10.domaincontrol.com.
ns09.domaincontrol.com.

$ dig +short NS eontelecom.com
ns26.domaincontrol.com.
ns25.domaincontrol.com.

$ dig +short NS gdstelecom.net
katja.ns.cloudflare.com.
rommy.ns.cloudflare.com.

$ dig +short MX gdstelecom.net
10 mail.gdstelecom.net.

$ dig +short TXT gdstelecom.net
"v=spf1 a mx ip4:91.107.162.190 ~all"

$ dig +short A server.gdstelecom.net

$ dig +short A gdstelecom.net
188.114.97.3
188.114.96.3

$ dig +short A mail.gdstelecom.net
91.107.162.190

$ whois gdstelecom.net (registrar and dates)
   Domain Name: GDSTELECOM.NET
   Updated Date: 2026-01-28T13:55:29Z
   Creation Date: 2025-02-20T17:16:53Z
   Registry Expiry Date: 2027-02-20T17:16:53Z
   Registrar: 1API GmbH
   Registrar IANA ID: 1387
   Name Server: KATJA.NS.CLOUDFLARE.COM
   Name Server: ROMMY.NS.CLOUDFLARE.COM

$ whois 91.107.162.190 (network owner)
netname:        CLOUD-FSN1
country:        DE
org-name:       Hetzner Online GmbH
country:        DE
address:        Industriestrasse 25
address:        D-91710
address:        Gunzenhausen
address:        GERMANY

Retrieved: 05 November 2026 09:15 UTC
```



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

# EXHIBIT 5

**Current RespOrg codes of the 124 callback numbers shown under TUI02 and TUI05 when the First Amended Complaint was filed (resporgs.com, retrieved 5 November 2026)**

| Callback number | Code on 21 October 2026 | Code now | Working since |
|---|---|---|---|
| 833-662-5708 | TUI02 | TUI02 | 2026-03-04 |
| 833-662-5740 | TUI02 | TUI02 | 2026-03-04 |
| 833-662-5743 | TUI02 | TUI02 | 2026-03-04 |
| 833-662-5747 | TUI02 | TUI02 | 2026-03-04 |
| 833-662-5762 | TUI02 | TUI02 | 2026-03-04 |
| 833-662-5770 | TUI02 | TUI02 | 2026-03-04 |
| 833-684-0936 | TUI02 | TUI02 | 2026-03-04 |
| 833-684-5458 | TUI02 | TUI02 | 2026-03-04 |
| 833-684-5512 | TUI02 | TUI02 | 2026-03-04 |
| 833-684-5524 | TUI02 | TUI02 | 2026-03-04 |
| 833-684-5565 | TUI02 | TUI02 | 2026-03-04 |
| 833-684-5586 | TUI02 | TUI02 | 2026-03-04 |
| 844-502-3058 | TUI02 | TUI02 | 2026-03-04 |
| 844-502-3105 | TUI02 | TUI02 | 2026-03-04 |
| 844-502-3202 | TUI02 | TUI02 | 2026-03-04 |
| 844-502-3253 | TUI02 | TUI02 | 2026-03-04 |
| 844-502-3272 | TUI02 | TUI02 | 2026-03-04 |
| 844-515-1083 | TUI02 | TUI02 | 2026-03-04 |
| 844-515-1173 | TUI02 | TUI02 | 2026-03-04 |
| 844-515-1257 | TUI02 | TUI02 | 2026-03-04 |
| 844-515-1295 | TUI02 | TUI02 | 2026-03-04 |
| 844-515-1384 | TUI02 | TUI02 | 2026-03-04 |
| 844-515-1395 | TUI02 | TUI02 | 2026-03-04 |
| 844-515-1847 | TUI02 | TUI02 | 2026-03-04 |
| 855-357-2024 | TUI05 | TUI07 | 2026-10-08 |
| 855-357-2070 | TUI05 | TUI07 | 2026-10-08 |
| 855-357-2124 | TUI05 | TUI07 | 2026-10-08 |
| 855-357-2202 | TUI05 | TUI07 | 2026-10-08 |
| 855-357-2205 | TUI05 | TUI07 | 2026-10-08 |
| 855-580-2332 | TUI02 | TUI02 | 2026-03-04 |
| 855-580-2448 | TUI02 | TUI02 | 2026-03-04 |
| 855-580-2559 | TUI02 | TUI02 | 2026-03-04 |
| 855-580-2633 | TUI02 | TUI02 | 2026-03-04 |
| 855-580-2839 | TUI02 | TUI02 | 2026-03-04 |
| 855-883-0403 | TUI05 | TUI07 | 2026-10-08 |
| 855-883-0406 | TUI05 | TUI07 | 2026-10-08 |
| 855-883-0471 | TUI05 | TUI07 | 2026-10-08 |
| 855-883-0491 | TUI05 | TUI07 | 2026-10-08 |
| 855-994-0124 | TUI02 | TUI02 | 2026-03-04 |



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

| Callback number | Code on 21 October 2026 | Code now | Working since |
|---|---|---|---|
| 855-994-1955 | TUI02 | TUI02 | 2026-03-04 |
| 855-994-2036 | TUI02 | TUI02 | 2026-03-04 |
| 855-994-2120 | TUI02 | TUI02 | 2026-03-04 |
| 855-994-2142 | TUI02 | TUI02 | 2026-03-04 |
| 866-386-1737 | TUI02 | TUI02 | 2026-03-04 |
| 866-386-5771 | TUI02 | TUI02 | 2026-03-04 |
| 866-398-2420 | TUI02 | TUI02 | 2026-03-04 |
| 866-398-3150 | TUI02 | TUI02 | 2026-03-04 |
| 866-398-3312 | TUI02 | TUI02 | 2026-03-04 |
| 866-398-3350 | TUI02 | TUI02 | 2026-03-04 |
| 866-398-3545 | TUI02 | TUI02 | 2026-03-04 |
| 866-398-3636 | TUI02 | TUI02 | 2026-03-04 |
| 866-666-1028 | TUI05 | TUI07 | 2026-10-08 |
| 866-666-1351 | TUI05 | TUI07 | 2026-10-08 |
| 866-666-1441 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-4369 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-4516 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-4607 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-4904 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-5160 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-5460 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-5837 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-5848 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-6119 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-6279 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-6698 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-6750 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-6802 | TUI05 | TUI07 | 2026-10-08 |
| 866-771-7077 | TUI05 | TUI07 | 2026-10-08 |
| 877-372-0903 | TUI05 | TUI07 | 2026-10-08 |
| 877-372-0925 | TUI05 | TUI07 | 2026-10-08 |
| 877-372-0946 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-1676 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-1679 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-1705 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-1727 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-1736 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-1922 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-1940 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-1942 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-1953 | TUI05 | TUI07 | 2026-10-08 |



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

| Callback number | Code on 21 October 2026 | Code now | Working since |
|---|---|---|---|
| 877-578-1956 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-2110 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-2315 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-2514 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-2712 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-2861 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-3308 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-3434 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-3601 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-4104 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-4222 | TUI05 | TUI07 | 2026-10-08 |
| 877-578-4279 | TUI05 | TUI07 | 2026-10-08 |
| 877-957-0465 | TUI02 | TUI02 | 2026-03-04 |
| 877-957-2938 | TUI02 | TUI02 | 2026-03-04 |
| 877-961-0375 | TUI02 | TUI02 | 2026-03-04 |
| 877-961-0390 | TUI02 | TUI02 | 2026-03-04 |
| 877-961-0617 | TUI02 | TUI02 | 2026-03-04 |
| 877-961-0958 | TUI02 | TUI02 | 2026-03-04 |
| 877-961-0979 | TUI02 | TUI02 | 2026-03-04 |
| 877-961-0995 | TUI02 | TUI02 | 2026-03-04 |
| 877-961-1023 | TUI02 | TUI02 | 2026-03-04 |
| 877-961-1177 | TUI02 | TUI02 | 2026-03-04 |
| 888-269-2770 | TUI02 | TUI02 | 2026-03-04 |
| 888-269-2953 | TUI02 | TUI02 | 2026-03-04 |
| 888-269-3309 | TUI02 | TUI02 | 2026-03-04 |
| 888-269-4013 | TUI02 | TUI02 | 2026-03-04 |
| 888-269-4791 | TUI02 | TUI02 | 2026-03-04 |
| 888-269-4978 | TUI02 | TUI02 | 2026-03-04 |
| 888-310-0760 | TUI02 | TUI02 | 2026-03-04 |
| 888-310-1056 | TUI02 | TUI02 | 2026-03-04 |
| 888-310-2032 | TUI02 | TUI02 | 2026-03-04 |
| 888-310-2379 | TUI02 | TUI02 | 2026-03-04 |
| 888-310-2411 | TUI02 | TUI02 | 2026-03-04 |
| 888-310-3531 | TUI02 | TUI02 | 2026-03-04 |
| 888-310-4382 | TUI02 | TUI02 | 2026-03-04 |
| 888-310-4836 | TUI02 | TUI02 | 2026-03-04 |
| 888-905-0296 | TUI05 | TUI07 | 2026-10-08 |
| 888-912-0532 | TUI05 | TUI07 | 2026-10-08 |
| 888-912-0671 | TUI05 | TUI07 | 2026-10-08 |
| 888-912-0705 | TUI05 | TUI07 | 2026-10-08 |
| 888-912-1340 | TUI05 | TUI07 | 2026-10-08 |



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

| Callback number | Code on 21 October 2026 | Code now | Working since |
|---|---|---|---|
| 888-912-1570 | TUI05 | TUI07 | 2026-10-08 |
| 888-912-1704 | TUI05 | TUI07 | 2026-10-08 |
| 888-912-3311 | TUI05 | TUI07 | 2026-10-08 |



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698