**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| DANIEL RAEDE GUERIN,<br>Plaintiff,<br>v.<br>RURAL TELECOM EXPERTS, INC.; DIGITAL SOLUTIONS INC. d/b/a GDS TELECOM; 46 LABS, LLC d/b/a HYPERCUBE NETWORKS; LINGO TELECOM, LLC d/b/a EXCEL TELECOMMUNICATIONS; JOHN DOE CORPORATION d/b/a "EXECUTIVE LENDING UNIT"; and DOES 2–20,<br>Defendants. | No. 2:26-cv-04078-SKV<br>**[PROPOSED] AMENDED ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO SERVE SUBPOENAS BEFORE THE RULE 26(f) CONFERENCE** |

THIS MATTER comes before the Court on Plaintiff's Ex Parte Motion for Leave to Serve Subpoenas Before the Rule 26(f) Conference (Dkt. 2) and Plaintiff's Supplement to it. The Court has considered the motion, the supplement, the Declaration and Supplemental Declaration of Daniel Raede Guerin and the First Amended Complaint. The Court finds that Plaintiff has shown good cause under Federal Rule of Civil Procedure 26(d)(1) for limited discovery to identify Defendant John Doe Corporation d/b/a "Executive Lending Unit", the



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

persons who control the Defendant carriers, and the route of the calls alleged in the First Amended Complaint.

It is therefore ORDERED that the motion is GRANTED, as follows:

1. Plaintiff may serve subpoenas under Rule 45 on ATL Communications, and on any Responsible Organization, carrier or other entity that is not a Defendant and that assigned, hosted or routed any of the callback numbers, for documents sufficient to identify, for each toll-free callback number listed in Exhibit A to the First Amended Complaint, every customer to which the number was assigned or for which it was hosted or routed from 1 January 2026 to the date of the response, including the customer’s name, addresses, telephone numbers, email addresses, contact persons, account and billing records sufficient to identify who paid for the service, know-your-customer records, contracts, and the destination, trunk or downstream provider to which calls to the number were routed.

2. The requests for production authorized by paragraph 4 of this Order, as served on Defendant 46 Labs, LLC, extend to documents within its possession, custody or control, including documents held by its subsidiaries Hypercube Networks, LLC and Impact Telecom. Plaintiff may also serve a subpoena under Rule 45, limited to the categories of information described in paragraph 1, on Hypercube Networks, LLC and on any other affiliate of 46 Labs, LLC that holds or held Responsible Organization codes TUI02, TUI05 or TUI07, to the extent that any of them is a separate entity that is not a party.

3. Plaintiff may serve a subpoena under Rule 45 on T-Mobile USA, Inc. for documents sufficient to identify, for each call listed in Exhibit A to the First Amended Complaint, the provider and trunk from which the call entered T-Mobile’s network, together with any STIR/SHAKEN attestation level and origination identifier associated with the call.



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

4. Plaintiff may serve requests for production under Rule 34 on Defendants Rural Telecom Experts, Inc., Digital Solutions Inc., 46 Labs, LLC and Lingo Telecom, LLC, limited to the categories of information described in paragraph 1 for the callback numbers and calls listed in Exhibit A to the First Amended Complaint. The requests to Lingo Telecom, LLC are limited to documents within its possession, custody or control. Each such Defendant shall respond within 30 days of service.

5. Plaintiff may serve subpoenas under Rule 45 on National Asset Management Inc, Nikoo Incorporated and Nikoo Products Inc for documents sufficient to identify, for the period from 1 January 2025 to the date of the response: (a) each person or entity that engaged or paid the recipient to act as registered agent for Digital Solutions Inc, First Tele Communications, Inc. or Rural Telecom Experts, Inc.; (b) the names, addresses, telephone numbers and email addresses that the recipient holds for each of those three companies and for their officers, directors and owners; (c) the addresses to which the recipient forwarded service of process, mail or notices received for each of them; and (d) records of payment for those services.

6. Plaintiff may serve subpoenas under Rule 45 on GoDaddy.com, LLC, for the domains rteedge.com and eontelecom.com and the account associated with the identifier “dc-aa8e722993”, and on Cloudflare, Inc., for the domain gdstelecom.net, for documents sufficient to identify, for the period from 1 January 2025 to the date of the response, the holder of each account through which those domains are registered, hosted or managed, including the holder’s name, addresses, telephone numbers, email addresses, payment method and billing records, and any other domain held in the same account. The subpoenas shall not call for the content of any communication.

7. Plaintiff may serve subpoenas under Rule 45, limited to the categories of information described in paragraph 1, on any provider or entity identified in a response to the discovery authorized by this Order as having assigned, hosted, routed,



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698

originated, transmitted or paid for any of the numbers or calls listed in Exhibit A to the First Amended Complaint. Plaintiff shall file a notice identifying each such subpoena within seven days of serving it.

8. Plaintiff shall serve a copy of this Order with each subpoena and request authorized by it. Information produced in response may be used only for the purpose of prosecuting this action.

9. Nothing in this Order limits the right of any recipient to move to quash or modify a subpoena under Rule 45(d)(3).

DATED this _____ day of _______________, 2026.

__________________________________

S. Kate Vaughan

United States Magistrate Judge

Presented by:

__________________________________

Daniel Raede Guerin, Plaintiff, pro se

(360) 674-0698 · danny@dannyraede.com



Daniel Raede Guerin, pro se
500 Westover Dr #36486, Sanford, NC 27330
(360) 674-0698